# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** O'Grady

**City:**  **Superseding Indictment:**  **Criminal No.:** 1:20-CR-261

**County:** Fairfax  **Same Defendant:**  **New Defendant:** X

**Magistrate Judge Case No.:**  **Arraignment Date:**

**Search Warrant Case No.:**  **R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** Saad Jalal  **Alias(es):**  ☐ Juvenile  **FBI No.:**

**Address:** Brampton, Ontario L623T5

**Employment:**

**Birth Date:** 1992  **SSN:**  **Sex:** Male  **Race:**  **Nationality:**

**Place of Birth:**  **Height:** 5'9"  **Weight:** 140  **Hair:** Black  **Eyes:** Brown  **Scars/Tattoos:**

☐ Interpreter  **Language/Dialect:**  **Auto Description:**

## Location/Status:

**Arrest Date:**  ☐ Already in Federal Custody as of:  **in:**

☐ Already in State Custody  ☐ On Pretrial Release  ☒ Not in Custody

☒ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested

☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

## Defense Counsel Information:

**Name:**  ☐ Court Appointed  **Counsel Conflicts:**

**Address:**  ☐ Retained

**Phone:**  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Katherine E. Rumbaugh  **Phone:** 703-299-3742  **Bar No.:**

**Complainant Agency - Address & Phone No. or Person & Title:**

FBI, Special Agent Shane Dana

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. § 841(a)(1) | Dist of Methylenedioxyamphetamine | 1 | Felony |
| Set 2: | | | | |

**Date:** 11/17/2020  **AUSA Signature:** *[signature]*  *may be continued on reverse*