

FILED
NOV 18 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAAD JALAL,<br><br>Defendant. | **UNDER SEAL**<br><br>Case No. 1:20-CR-261 |

## ORDER TO SEAL AND FOR LIMITED UNSEALING

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the Indictment, arrest warrant, the Motion to Seal and proposed Order in this matter; and further, having moved to unseal the Indictment and arrest warrant for the limited purpose of disclosing them to government officials, including foreign officials, if necessary to facilitate the defendant's extradition to the United States; and,

The COURT, having considered the government's submissions, including facts presented by the government to justify sealing; having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED that the Indictment, arrest warrant, Motion to Seal, and this Order be sealed

until the defendant is brought to the Eastern District of Virginia, or until further Order of the Court, whichever comes first; and,

IT IS FURTHER ORDERED that the government is permitted to disclose the Indictment and arrest warrant to government personnel, including those of a foreign government, if necessary to assist in the extradition of the defendant to the United States. For all other purposes the Indictment and arrest warrant in this case shall remain sealed.

IT IS SO ORDERED.

Date: Nov. 18, 2020
Alexandria, Virginia

Hon. John F. Anderson
United States Magistrate Judge