Case 1:20-cr-00261-LMB   Document 8   Filed 04/02/21   Page 1 of 1 PageID# 28

# Document filed in Error