# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:20-CR-261 |
| v. | **UNDER SEAL** |
| SAAD JALAL, | |
| *Defendant.* | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States, through undersigned counsel, hereby moves the Court for an order unsealing this case. The defendant named in this indictment has been arrested, so there is no longer a need for the case to remain under seal.

Accordingly, the United States respectfully asks that the Court order that this case be unsealed.

Respectfully submitted,

Raj Parekh
Acting United States Attorney

By: *Katherine Rumbaugh*
Katherine E. Rumbaugh
Assistant United States Attorney