IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:20-CR-261 |
| v. | **UNDER SEAL** |
| SAAD JALAL, | |
| *Defendant.* | |

ORDER TO UNSEAL

Upon the motion by the United States for an order unsealing the above-captioned case, and for good cause shown, it is hereby ORDERED that this case be and is hereby unsealed.

IT IS SO ORDERED.

_____
The Honorable Liam O'Grady
United States District Judge

Date: April 6, 2021
Alexandria, Virginia