# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−mj−01076−JJM−1</u>

Case title: USA v. Jalal                          Date Filed: 04/06/2021

Assigned to: Hon. Jeremiah J. McCarthy

**Defendant (1)**

| | | |
|---|---|---|
| **Saad Jalal** | represented by | **Alexander J. Anzalone**<br>Federal Public Defender<br>300 Pearl Street<br>Suite 200<br>Buffalo, NY 14202<br>716−430−4100<br>Fax: 716−551−3346<br>Email: <u>alexander_anzalone@fd.org</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=CD.F | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Misha A. Coulson**<br>U.S. Attorney's Office |

1

Federal Centre
138 Delaware Avenue
Buffalo, NY 14202
716−843−5893
Fax: 716−551−3196
Email: misha.coulson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: government attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/06/2021 | | 5 | Arrest of Saad Jalal on Arrest Warrant from Eastern District of Virginia. (EG) (Entered: 04/06/2021) |
| 04/06/2021 | 1 | 3 | Minute Entry for proceedings held before Hon. Jeremiah J. McCarthy: Initial Appearance in Rule 5(c)(3) Proceedings as to Saad Jalal held on 4/6/2021. The parties appear by video. Defendant consents to video appearance in light of COVID−19 pandemic.<br><br>Defendant received a copy of the indictment from the Eastern District of Virginia. The government summarizes the charges and potential penalties. Defendant advised of rights to silence and counsel. Defendant requests temporary appointment of counsel for this appearance. AFPD Alexander J. Anzalone appears for Saad Jalal and accepts temporary appointment.<br><br>Defendant waives identity hearing. Defendant waives FRCrP 20 transfer of proceedings. The court orders transfer of case to EDVA for further proceedings. The government moves for detention pending further proceedings. Defendant waives a detention hearing at this point, reserving his right to seek release upon transfer to the EDVA. Defendant to execute a written waiver. The court will issue commitment order to EDVA.<br><br>The court reads Due Process Protections Act admonition to the government. The government acknowledges. Written order to follow.<br><br>APPEARANCES (by video): Defendant with AFPD Alexander Anzalone; AUSA Misha Coulson; USPO Brian Mamizuka (Zoom for Govt.) (EG) (Entered: 04/06/2021) |
| 04/06/2021 | 2 | 6 | ORDER REGARDING USE OF VIDEO OR TELECONFERENCING as to Saad Jalal. Signed by Hon. Jeremiah J. McCarthy on 4/6/2021. (EG) (Entered: 04/06/2021) |
| 04/06/2021 | 3 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Saad Jalal. Defendant committed to District of Eastern District of Virginia. Signed by Hon. Jeremiah J. McCarthy on 4/6/2021. (EG) (Entered: 04/06/2021) |
| 04/06/2021 | 4 | 8 | ORDER re Due Process Protections Act admonition re the government's Brady obligations as to Saad Jalal. Signed by Hon. Jeremiah J. McCarthy on 4/6/2021. (EG) (Entered: 04/06/2021) |
| 04/07/2021 | 5 | 9 | WAIVER of Rule 5(c)(3) Hearing by Saad Jalal. (EG) (Entered: 04/07/2021) |

```
MIME-Version:1.0
From:webmaster@nywd.uscourts.gov
To:Courtmail@nywd.uscourts.gov
Bcc:
--Case Participants: Alexander J. Anzalone (alexander_anzalone@fd.org, donna_daly@fd.org),
Misha A. Coulson (elizabeth.harf@usdoj.gov, misha.coulson@usdoj.gov), Hon. Jeremiah J.
McCarthy (eric_glynn@nywd.uscourts.gov, jeremiah_mccarthy@nywd.uscourts.gov,
joanna_dickinson@nywd.uscourts.gov, matthew_yusick@nywd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:4808823@nywd.uscourts.gov
Subject:Activity in Case 1:21-mj-01076-JJM USA v. Jalal Initial Appearance - Rule 5(c)(3)
```
Content−Type: text/html

# U.S. DISTRICT COURT

## U.S. District Court, Western District of New York

### Notice of Electronic Filing

The following transaction was entered on 4/6/2021 at 4:39 PM EDT and filed on 4/6/2021

| | |
|---|---|
| **Case Name:** | USA v. Jalal |
| **Case Number:** | 1:21−mj−01076−JJM |
| **Filer:** | |
| **Document Number:** | 1(No document attached) |

**Docket Text:**
 **Minute Entry for proceedings held before Hon. Jeremiah J. McCarthy: Initial Appearance in Rule 5(c)(3) Proceedings as to Saad Jalal held on 4/6/2021. The parties appear by video. Defendant consents to video appearance in light of COVID−19 pandemic.**

Defendant received a copy of the indictment from the Eastern District of Virginia. The government summarizes the charges and potential penalties. Defendant advised of rights to silence and counsel. Defendant requests temporary appointment of counsel for this appearance. AFPD Alexander J. Anzalone appears for Saad Jalal and accepts temporary appointment.

Defendant waives identity hearing. Defendant waives FRCrP 20 transfer of proceedings. The court orders transfer of case to EDVA for further proceedings. The government moves for detention pending further proceedings. Defendant waives a detention hearing at this point, reserving his right to seek release upon transfer to the EDVA. Defendant to execute a written waiver. The court will issue commitment order to EDVA.

The court reads Due Process Protections Act admonition to the government. The government acknowledges. Written order to follow.

APPEARANCES (by video): Defendant with AFPD Alexander Anzalone; AUSA Misha Coulson; USPO Brian Mamizuka (Zoom for Govt.) (EG)


**1:21−mj−01076−JJM−1 Notice has been electronically mailed to:**

Case 1:21-mj-01076-JJM Document 1 Filed 04/07/21 Page 4 of 25

Alexander J. Anzalone     alexander_anzalone@fd.org, Donna_Daly@fd.org

Misha A. Coulson     misha.coulson@usdoj.gov, Elizabeth.Harf@usdoj.gov

**1:21−mj−01076−JJM−1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:webmaster@nywd.uscourts.gov
To:Courtmail@nywd.uscourts.gov
Bcc:
--Case Participants: Misha A. Coulson (elizabeth.harf@usdoj.gov, misha.coulson@usdoj.gov),
Hon. Jeremiah J. McCarthy (eric_glynn@nywd.uscourts.gov,
jeremiah_mccarthy@nywd.uscourts.gov, joanna_dickinson@nywd.uscourts.gov,
matthew_yusick@nywd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:4807606@nywd.uscourts.gov
Subject:Activity in Case 1:21-mj-01076-JJM USA v. Jalal Arrest
```
Content−Type: text/html

## U.S. DISTRICT COURT

## U.S. District Court, Western District of New York

## Notice of Electronic Filing

The following transaction was entered on 4/6/2021 at 9:26 AM EDT and filed on 4/6/2021

| | |
|---|---|
| **Case Name:** | USA v. Jalal |
| **Case Number:** | 1:21−mj−01076−JJM |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest of Saad Jalal on Arrest Warrant from Eastern District of Virginia. (EG)**

**1:21−mj−01076−JJM−1 Notice has been electronically mailed to:**

Misha A. Coulson     misha.coulson@usdoj.gov, Elizabeth.Harf@usdoj.gov

**1:21−mj−01076−JJM−1 Notice has been delivered by other means to:**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                          21 ___ - mj - 1076 _____

SAAD JALAL
_____,
                    Defendant.
_____

## ORDER REGARDING USE OF VIDEO OR TELECONFERENCING

In accordance with the General Order issued on March 30, 2020, this Court finds:

☑ That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

☑ Video Teleconferencing

☐ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

   ☐ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

   ☐ Other:

        IT IS SO ORDERED.

 Date: April 6, 2021                              /s/ Jeremiah J. McCarthy
                                                 _____
                                                 Jeremiah J. McCarthy
                                                 United States Magistrate Judge

6

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
### for the
## Western District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )  Case No.    1:21-mj-1076 |
| | ) |
| Saad Jalal | )  Charging District's |
| *Defendant* | )  Case No.        1:20-CR-261 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the     Eastern     District of     Virginia     ,

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____.

The defendant:   ☐ will retain an attorney.

                    ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   4/6/2021                                               _____
                                                    *Judge's signature*

                                                JEREMIAH J. McCARTHY
                                        *Printed name and title*
                                   UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

―――――――――――――――――――――――

UNITED STATES OF AMERICA                                            **ORDER**

         -v-                                                        1:21-mj-1076

SAAD JALAL,

                         Defendant.

―――――――――――――――――――――――


        As required by the Due Process Protections Act [Pub. L. 116-182, 134 Stat. 894]

and Fed. R. Crim. P. 5(f)(1), the Court confirms the United States' obligation to produce all

exculpatory evidence to the defendant(s) pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and

its progeny, and orders it to do so.  The government must make these "disclosures in sufficient

time that the defendant will have reasonable opportunity to act upon the information

efficaciously." United States v. Rodriquez, 496 F.3d 221, 226 (2d Cir. 2007); Leka v. Portuondo,

257 F.3d 89, 98 (2d Cir. 2001); United States v. Coppa, 267 F.3d 132 (2d Cir. 2001).   Failure to

do so may result in consequences, including, but not limited to, exclusion of evidence, adverse

jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

SO ORDERED.

Dated: April 6, 2021


                                    /s/ Jeremiah J. McCarthy
                                   JEREMIAH J. MCCARTHY
                                   United States Magistrate Judge

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

___Western District of New York__

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:21-mj-1076 |
| | ) | |
| | ) | |
| Saad Jalal | ) | Charging District's Case No. |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* United States District Court for the Eastern District of Virginia .

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)    a hearing on any motion by the government for detention;

(6)    request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐    an identity hearing and production of the warrant.

☐    a preliminary hearing.

☐    a detention hearing.

☒    an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:    4/7/2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Alex Anzalone
*Printed name of defendant's attorney*