IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )  Case No.:  1:20-cr-00261 |
| | ) |
| | ) |
| | ) |
| SAAD JALAL | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Patrick N. Anderson, Esq., from the law firm of Patrick N. Anderson & Associates, hereby enters his appearance on behalf of the defendant in the above-entitled action.

                                            Respectfully Submitted,
                                            SAAD JALAL
                                            By counsel

PATRICK N. ANDERSON & ASSOCIATES, P.C.


          /s/
Patrick N. Anderson, Esquire
*Counsel for Defendant*
333 N. Fairfax Street, Suite 310
Alexandria, VA 22314
T: (703) 519-7100
F: (703) 519-7104
Email: panderson@pnalaw.com
VA Bar: #29195

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on the 27th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Katherine Elise Rumbaugh
US Attorney's Office (Alexandria, Virginia)
2100 Jamieson Avenue
Alexandria, Virginia
(703) 299-3700
Email: Katherine.rumbaugh@usdoj.gov


                                      /s/
                                  Patrick N. Anderson, Esquire
                                *Counsel for Defendant*
                                333 N. Fairfax Street, Suite 310
                                Alexandria, VA 22314
                                T: (703) 519-7100
                                F: (703) 519-7104
                                Email: panderson@pnalaw.com
                                VA Bar: #29195