UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: **THERESA CARROLL BUCHANAN**
DEPUTY CLERK: **TINA FITZGERALD**

UNITED STATES OF AMERICA

-VS-

Saad Jalal

HEARING: R5  CASE #: 20CR261
DATE: 4/27/21  TIME: 2:00pm
RECORDER: FTR SYSTEM   REMOTE HEARING ( X )

COUNSEL FOR THE UNITED STATES: Katherine Rumbaugh
COUNSEL FOR THE DEFENDANT: Jessica Richardson
INTERPRETER: _____  LANGUAGE: _____

( X ) DEFENDANT APPEARED : ( X ) WITH COUNSEL  ( ) WITHOUT COUNSEL

( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( ) COURT TO APPOINT COUNSEL _____   ( X ) DFT. ~~TO~~ RETAIN COUNSEL (present)

( ) GVT. CALL WITNESS & ADDUCES EVIDENCE  ( ) AFFIDAVIT

( ) EXHBIT # _____ ADMITTED

( ) PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( ) DFT. DENIES VIOLATION ( ) COURT FINDS DFT. IN VIOLATION

MINUTES: USA seeks detention - Granted. Matter cont. for DH.

ADDED CONDITIONS OF RELEASE:
($ ) UNSECURED ($ ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT ( ) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
( ) DEFENDANT CONTINUED ON CONDITIONS OF SUPERVISED ( ) PROBATION ( ) RELEASE

NEXT COURT APPEARANCE: 5/3/21 at 2:00pm Before Nachmanoff
( X ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) R40 ( ) ARR