AO 442 (Rev. 11/11) Arrest Warrant

11205948

RECEIVED
UNITED STATES MARSHAL
2020 NOV 19 PM 3: 05
EASTERN DISTRICT
OF VIRGINIA
ALEXANDRIA DIVISION

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>SAAD JALAL<br><br>*Defendant* | )<br>)  Case No.  1:20-CR-261<br>)<br>)  **UNDER SEAL**<br>)<br>) |

FILED
APR 2 7 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SAAD JALAL,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition     ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Methylenedioxyamphetamine (21 U.S.C. § 841(a)(1)).

Date:  11/18/20

City and state:   Alexandria, Virginia

*Issuing officer's signature*

Amanda L Otto, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/18/20, and the person was arrested on *(date)* 04/26/2021
at *(city and state)* ALEXANDRIA, VA.

Date: 04/27/2021

*Arresting officer's signature*

Ru Ferrer           DUSM
*Printed name and title*

\* OFF AIRLIFT