|  |  |
|---|---|
|  | TYPE OF HEARING: DH |
|  | CASE NUMBER: 1:20-cr-261 |
|  | MAGISTRATE JUDGE: MSN |
|  | DATE: 5/3/2021 |
|  | TIME: 2:14-2:27 |
| EASTERN DISTRICT OF VIRGINIA | TAPE: FTR RECORDER |
|  | DEPUTY CLERK: L.Creek |

UNITED STATES OF AMERICA

        VS.

Saad Jalal

GOVT. ATTY  Katherine Rumbaugh

DEFT'S ATTY  Patrick Anderson

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (   )
COURT TO APPOINT COUNSEL (   )

Deft consents to VTC. Deft argues for bond-GRANTED. Govt's request for detention pending trial-DENIED.

PROBABLE CAUSE FOUND (   ) / NOT FOUND (   )

BOND  Deft placed on PR bond w/ conditions. Deft is REMANDED to the custody of the USMS until all conditions are met.

NEXT COURT APPEARANCE _____ TIME _____