# UNITED STATES DISTRICT COURT
## ** ARRAIGNMENT **

Case No. **1:20cr261**                              Date: **05/25/2021**
Court Time: 11:24 a.m. – 11:30 a.m.
(00:06)

---

DOCKET ENTRY:     **Arraignment**

---

U.S.A. vs. **SAAD JALAL**

PRESENT:  Honorable Liam O'Grady, U. S. District Judge
          P. Miller                  , Deputy Clerk
          S. Wallace                 , Court Reporter
          Katherine Rumbaugh         , Asst. U. S. Attorney
          Patrick Anderson           , Attorney for Defendant
          None                       , Interpreter

## PROCEEDINGS:

☒ Defendant is arraigned and specifically advised of rights.

☒ Defendant waives reading of indictment - WFA

☐ Indictment/Information read.

**PLEA:**      **NOT GUILTY ON ALL COUNTS**

☒ Defendant orally waived Speedy Trial and Court finds Speedy Trial to be waived

- Parties request status hearing and Court schedules status hearing.

CASE CONTINUED TO **TUESDAY, JUNE 22, 2021 at 9:00 a.m.** FOR A STATUS HEARING

☐ **Discovery Order entered in open Court**

**Deft**  ☐ Remanded        ☒ Continued on Bond        ☐ Released on _____ Bond –
                                                        see Order Setting Conditions of Release