IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 1:20cr261 |
| | ) |
| SAAD JALAL | ) |
| | ) |
| Defendant | ) |

ORDER

This case is hereby transferred to Judge Leonie M. Brinkema for disposition. The clerk is directed to re-assign the case accordingly.

It is so **ORDERED**.

_____
Liam O'Grady
United States District Judge

Alexandria, Virginia
June 25, 2021