Date: 07/02/2021            Judge: Brinkema                    Reporter: A. Thomson
Time:    9:30 to 10:05

UNITED STATES of AMERICA
            Vs.

Saad Jalal                          1:20cr261-001
Defendant's Name                    Case Number

Patrick Anderson                    Katherine Rumbaugh
Counsel for Defendant               Counsel for Government

Matter called for:
( ) Motions              ( ) Setting Trial Date    ( ) Change of Plea Hrg.    ( ) Rule 35
( ) Arraignment          ( ) Appeal from USMC      ( ) Sentencing             ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.              (✓) Plea                   ( ) Other:

Defendant appeared:      (✓) in person             ( ) failed to appear
                         (✓) with Counsel          ( ) without counsel        ( ) through counsel

Filed in open court:
( ) Criminal Information    (✓) Plea Agreement    (✓) Statement of Facts    ( ) Waiver of Indictment    ( ) Discovery Order

Arraignment & Plea:
( ) WFA    ( ) FA    (✓) PG    ( ) PNG    Trial by Jury:    ( ) Demanded    ( ) Waived

Defendant entered a Plea of Guilty as to Count 1 of the Indictment            Plea Accepted (✓)
Defendant directed to USPO for PSIR: (✓) Yes    ( ) No
Case continued to Tuesday, 10/26/2021    at 9:00 for: ( ) Jury Trial    ( ) Bench Trial    (✓) Sentencing

Bond Set at: $         ( ) Unsecured       ( ) Surety              ( ) Personal Recognizance
( ) Release Order Entered   ( ) Deft. Remanded   ( ) Deft. Released on Bond   (✓) Deft. Continued on Bond