IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No.:   1:20-CR-261-001 |
| | ) | |
| | ) | |
| | ) | |
| SAAD JALAL | ) | Court Date: 10/26/21 9:00 am |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, SAAD JALAL, (hereinafter referred to as "Jalal"), by counsel, and requests a continuance of the currently scheduled sentencing hearing. In support of this motion, counsel states the following:

1. Jalal pled guilty and was found guilty of one count of Distribution of Methylenedioxyamphetamine ("MDA"), in violation of Title 21, United States Code, Section 841(a)(1).

2. This case is currently scheduled for a sentencing hearing on October 26, 2021, at 9:00 am. Counsel for Jalal is requesting that this hearing be continued to November 9, 2021, at 9:00am.

3. Patrick Anderson, counsel for Jalal, has an unexpected surgery scheduled for the week of October 25th, and therefore has a scheduling conflict.

4. The United States has no objection to this motion.

WHEREFORE, the Defendant, SAAD JALAL, respectfully requests that his sentencing hearing be continued from October 26, 2021, to November 9, 2021, at 9:00am.

                Respectfully Submitted,
                SAAD JALAL
                By Counsel

I ASK FOR THIS:

PATRICK N ANDERSON & ASSOCIATES, P.C.


_____/s/_____
Jessica A. Richardson (VSB# 90158)
*Counsel for Defendant*
333 North Fairfax Street, Suite 310
Alexandria, Virginia 22314
jrichardson@pnalaw.com
T: (703) 519-7100
F: (703) 519-7104
jrichardson@pnalaw.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 15th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Katherine Rumbaugh
US Attorney's Office (Alexandria, Virginia)
2100 Jamieson Avenue
Alexandria, Virginia
(703) 299-3700
Email: Katherine.Rumbaugh@usdoj.gov

                                                        /s/
                                         Jessica A. Richardson (VSB# 90158)
                                         *Counsel for Defendant*
                                         333 North Fairfax Street, Suite 310
                                         Alexandria, Virginia 22314
                                         jrichardson@pnalaw.com
                                         T: (703) 519-7100
                                         F: (703) 519-7104
                                         jrichardson@pnalaw.com