IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No.: 1:20-CR-261-001 |
| | ) | |
| | ) | |
| | ) | |
| SAAD JALAL | ) | Court Date: October 26, 2021 |
| | ) | |
| Defendant. | ) | |

Order

IT APPEARING TO THE COURT that the entry of this order is proper, it is hereby ORDERED that the Defendant's sentencing hearing be continued from October 26, 2021, to November 9, 2021 at 9:00am.

ENTERED this _____ day of October 2021.

_____
The Honorable District Judge Leonie M. Brinkema