IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No.: 1:20-CR-261-001 |
| ) | |
| ) | |
| ) | |
| SAAD JALAL ) | Court Date: October 26, 2021 |
| ) | |
| Defendant. ) | |

<u>Order</u>

IT APPEARING TO THE COURT that the entry of this order is proper, it is hereby ORDERED that the Defendant's sentencing hearing be continued from October 26, 2021, to November 9, 2021 at 9:00am.

ENTERED this 18th day of October 2021.

/s/ _____
Leonie M. Brinkema
United States District Judge