UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Docket No.: 1:20CR00261-001 |
| ) | |
| **SAAD JALAL,** ) | |
| **Defendant.** ) | |

### DEFENDANT'S EXHIBIT 1

Character letters from: Shaizah Khan, Rimi Albatarni, Lucas Chamberlain, Samantha Preddie, Carolyn Smith, Mariolya Maksmymiw, Aliya Naeem, Hamid Mian, Johana Mian, Imaad Mian, Abdullah Rafi, Chris Sherwood, Catherine Grant, Christopher Smith, Sameer Sethi, Syed Abidi, Sabrina Younghusband, Ryan Morrison, Sasan Mahmoudi, Ivanna Hreshchuk, Nanak Rai, Kevin Brijbassi, Justine Eve Maril B. Ibale, Martha Alexandra Smith, Annahita Afshar, Ruxandra Andriescu, Jerry Giletski, Yasir Sultan, Sheldon Powell, Prinka Singla, Hassan Rana, Ashok Suresh, Braveen Kumar, Jane Tsai, Kyle Hyatali, Hamza Murtaza, Muzammil Saleem,