Shaizah Khan
13357 Colchester Ferry Pl, Woodbridge. Virginia, 22191
703-627-8408
shaizah_95@hotmail.com


Your Honor,

My name is Shaizah Khan, and I am a Software Engineer in the federal contracting sector in
Washington D.C. I had the privilege of becoming Saad's friend during his time here in Virginia and
being in his presence has been a true honor. The bond I share with him is something that I deeply
cherish; one that cannot be replicated, and one I truly hold in the highest regard.

Saad's impact on my life through the course of our friendship has been truly immeasurable. I met
him during a time when I was going through of a lot of grief and turmoil after suffering the loss of
two loved ones. He was able to guide me through it all despite his circumstances. He offered me a
space to heal and grow, and treated me with compassion, care, and kindness. He was an anchor of
stability not only for me, but also for my family and numerous others dear to me. Saad's exceptional
ability to establish that credibility and trust in the short period of time that we had together speaks
volumes for itself.

He is the true embodiment of an individual that leads with empathy and puts others and their
needs before himself. I have gained profound insight through the knowledge and wisdom he was
able to pass on to me. Learning about his life experiences served as a testimony to his resilience and
positive approach to hardships, which ultimately taught me how to thrive through the trials and
tribulations of life and the rigors beyond that. Having him as my confidant during this time allowed
me to overcome so many struggles, a lot of which would've been difficult to navigate otherwise.

We have had endless conversations about his experiences during medical school and his rotations.
These conversations encompassed times where he went out of his way to care for every patient he
came across, persevering through the rigorous challenges that come with this career path and the
intellectual and personal growth from each experience. Every story left me in absolute awe of his
passion for the field of medicine. I can confidently say that his dedication to this profession and to
improving the lives of others is unmatched.

Saad truly exudes so much passion for life itself and for the betterment of humanity as a whole. He
devotes every passing second to better himself merely so he can serve others to his full capacity. I
am extremely grateful for the opportunity of writing this letter and being able to offer some insight
into who he really is. I sincerely ask that he is given the chance to attain his goals and reach his true
potential so he can continue to leave a lasting impact on more people in this world, for that is what
makes him an outstanding and exceptional human being.

Sincerely,
Shaizah Khan

Rimi Albatarni
6138663991
r.albatarni@outlook.com

Your Honor,

My name is Rimi Albatarni. I live and work in Toronto and I've known Saad for over 4 years now, through mutual friends. I've felt as if I've known him long before that, through all the touching stories and extraordinary things people have always had to say about him. Anyone who knows Saad has their own unique story of how he's impacted their lives in the most positive way.
Over the years, Saad and I have grown really close and our friendship now is one of the most dearest to my heart. He's had an essential role in my life and has contributed a lot to my own personal growth. It's an absolute honor of mine to be writing about his character today.

Ever since I've known Saad, his greatest passion in life has always been to help others, to enrich their lives, and make them easier in any way he possibly could, without ever expecting anything in return. He's built his entire life and has honed every part of himself around his passion and his care for others.
Saad was there for me at a vulnerable time in my life, as I was going through a lot of changes and uncertainties. He supported me through every step of the way, encouraged me to continuously do better and to always believe in myself. He's taught me so much about what it takes to truly be a good person, and that's just the kind of person Saad is. It's hard to imagine a time where he won't be around to positively impact the world and influence others. And most of all, it's hard to imagine a person like Saad, as selfless and as good-hearted, not being able to achieve his dream of becoming a doctor.

Your honor, I ask you to please consider giving Saad a second chance. I know his remorse will be a part of him for the rest of his life, and that he will be spending his days going above and beyond to support his community and spread the goodness of his heart wherever he goes. I believe Saad is destined for so much greatness, and to deprive the world of what he has to offer would be a great loss for us all.

Thank you for taking the time to read my letter.

Sincerely,
Rimi Albatarni

Character Letter, Saad.

To Whom It May Concern,

My name is Lucas Chamberlain. I am a third year family medicine physician in Chicago, IL. I have known Saad since 2015 when we both began attending Saba University School of Medicine. Saad was the first person I met when I arrived at medical school. I was exhausted from traveling and feeling very nervous and stressed about moving to a small island in the Caribbean, isolated from everything familiar to me. I found my dorm room after some searching, opened the door, and it was then I met the man I've called a friend for six years now. The first thing he did? Offer to help me take my bags upstairs and get me moved in. What I still find amazing about that moment is that Saad was going through the exact same experience I was; he was far from his family, starting a something new and extremely challenging, and unsure of what would come next. And yet, even as he was going through the turmoil that is staring med school, he reached out to me, he took the extra step to make me feel welcome and comfortable. This is a pattern I've seen repeated many times since this first encounter with Saad: he recognizes the emotions of others and makes the effort to make people feel better.

Saad and I went on to become very close throughout our time at Saba University. We studied together, ate together, went swimming down at the beach together, and shared the news with each other whenever something good or bad happened in our lives. In short, we became friends. And being Saad's friend means I was lucky enough to experience firsthand the kindness and care he gives to the people around him.

One example in particular comes to mind. What they say about medical school is true: there are exams that will make or break your success there, and they happen frequently. After one such exam, I was struggling. I was certain that I hadn't done as well as I needed to, and as I waited for the results over the course of a few days I felt myself becoming increasingly anxious, to the point where I couldn't think about anything else and didn't want to leave my apartment. Saad was the one who saw that I needed help. He saw me hurting and took it upon himself to drag me out of the apartment and down to the beach to go swimming. That small act in the service of a friend, one that Saad knew to make because he paid attention and cared enough to do something, made all the difference in my life. It allowed me to reset and re-focus on the journey ahead of me without tearing myself apart with anxiety, and I owe that to Saad. When I reflect on my time in medical school, I can say with confidence that I would not be where I am today without his friendship.

I don't know many better people than Saad. Help too often comes at a price. It is rare to meet someone that genuinely wants to help others, and rarer still to find a person that will continue to selflessly reach out without an expectation of return. Saad does both. I consider it a gift to know someone with his capacity for giving, and I believe I am just one voice in a chorus of many, many others that would echo that sentiment.

When Saad told me about the circumstances and events that led to the charges he is currently facing, I felt humbled by his honesty. I have to imagine that people in similar circumstances would try to shift blame, find excuses or scapegoats, or sink into denial. However, Saad has been nothing but forthright with me since first contacting me from jail, and throughout every update since. I feel honored that he is allowing me to support him during this time. And now, I have the chance to help my friend that has helped me on so many occasions before. Saad has a great deal to give the world. He has the capacity to effect lasting positive change in the lives of those around him, whether that is in the world of medicine or whatever field he finds himself in in the future. Truth be told, the world needs a man like Saad; one who even during what I am sure is the most tremendously difficult time of his life, continues to focus on the positive each day, who continues to ask how I am doing during my residency when it would be so easy to only focus on himself, who continues to give to those around him. I firmly believe that if there is anyone that can make a constructive contribution to the world, it's Saad. I can only hope and wholeheartedly plead that you take into consideration all that I've said about this man, my best friend who grabbed my bags and started hauling them up the stairs into our dorm room without ever being asked, during his sentencing. Thank you for your time.

Sincerely,
Lucas Chamberlain

Samantha Preddie
205 Roncesvalles Ave. Toronto, Ontario
416-997-0771
spreddie@financeit.io

Your Honour,

There are few people I know as genuine as Saad. He's the kind of person who craves true connection and invests his energy into building strong relationships. I'm writing this letter because I know Saad is destined for more. I know that he's not only an important person to me, but is also the kind of person needed in our community. I'm happy to vouch for his character.

I met Saad when we were teenagers lifeguarding at the local pool. The pool was so small, you could hardly call it guarding, but we both have many fond memories working there. We'd spend hours talking about life, school, anything really. We'd drive out to get lunch at the plaza nearby - a Quiznos sub or McDonald's. We shared a friend named Nirojan, and I just remember lots of laughter. It was a classic first job experience.

Thinking back, Saad and I shared many life milestones together. We went to the University of Toronto together and took the same French exchange program - a great coming-of-age experience for both of us. Over time, he started a years-long relationship with my closest friend, Anna, and our friend group grew stronger as we became the adults we are today. To this day, I know if I need someone to have a heart to heart with, someone who will truly listen, I can call on Saad.

It's painful to imagine Saad not reaching new milestones with us. Tragic to imagine he might not be in a position where he's able to build those connections and reach his lifelong dream of becoming a Doctor.

He poured his heart and soul into making a success of himself. It was critical to him that he be a strong figure for his family and his partner. I can honestly say he possesses a rare form of determination; the kind that makes a lasting impact. Medical school takes a huge emotional toll, but he was always excited at the prospect of helping people. His empathy, curiosity about human nature, and excitement for the sciences made him a natural fit for the field.

I ask that you please give Saad the chance to freely pursue his dreams. I'm confident he'll be a valuable member of society and will be a positive influence on the people around him. I know that his presence will be treasured by his family, friends, and future patients.

Thank you for taking the time to read my letter.

Kind regards,

Samantha

Carolyn Smith
1608 – 3 Rowntree Rd.  Etobicoke, ON
(416) 951-0397
carolynvalerie@mail.com

September 21, 2021

Your Honour,

I have known Saad Jalal for upwards of 15 years.  Like a lot of friendships, we were classmates in high school, then acquaintances, and now good friends.  I was deeply saddened to hear of this incident, and to hear of Saad's involvement.  That being said, I still believe I am writing this letter for someone remarkably worthy of it.

I would consider myself an overachieving student; yet, growing up Saad consistently excelled past myself, and most of our peers.  What I believe set him apart is not only his diligence and commitment to his studies, but his thirst for knowledge and the quest for answers to the world's oldest philosophical riddles.  He has developed a remarkable compassion and empathy for others that is a credit to only himself.

Saad has a very intense focus and inquisitiveness, which has given him a deep understanding of human nature.  This curiosity combined with his innate kindness, has made him one of the most understanding and accepting people that I have ever known.  Saad has met many of my friends over the years and they have all remarked on how comfortable he made them feel, and how attentively he talked with them.  He spoke to them warmly as if they were long-time friends.  Saad is able to accept people where they are, and see a better future for them.  It's only fitting that he decided to go on and become a doctor.

Saad's academic achievements and intellect are very apparent to everyone.  I vouch that he is equally, if not more so, emotionally intelligent and sensitive.  He is one of the most pensive people that I know, and he has a large capacity for guilt and remorse.  Saad has not only made it his life's mission to help individual people, but he also wants to affect real change in the world.  I remember sitting in our mutual friend's backyard watching a bonfire and contemplating life.  We talked about how one person can help as many people as possible; what the best way would be.  I think this is Saad's biggest riddle.

I vehemently believe that the world is better with Saad free and able to help others, not only medically, but emotionally and with his scrupulous perspective.  He knows in his bones what is right, and steps in with leadership when he knows it to be necessary.  He has made a horrific mistake, but it is my strong belief that if granted the opportunity, he will use this experience for betterment.  He would answer his greatest riddle, and help more people than I would have believed one person could.

Saad's purpose is to heal others.  My wish for him is that he can serve his purpose, and my wish for the world is the same.

Thank you for reading my letter, and for considering my friend.

Sincerely,
Carolyn Smith

September 14, 2021

To Whom it May Concern:

My name is Mariolya Maksymiw and I am writing this letter to help offer a more holistic view of Saad Jalal. Saad and I met in 2013 through a mutual friend while studying at the University of Toronto. We have kept in touch ever since and I've considered him to be a very dear friend to me throughout these 8 years.

Saad and I initially really connected over our mutual interest and love of Buddhism, philosophy, the mind, and spiritual practice. We've shared in countless dialogues exploring Meaning, Existence, Purpose and what it means to lead an ethical life. Saad has offered much wisdom to me and has always put forward thought provoking questions which have led to some of the most enlightening conversations I have had the joy of being a part of. Over the years, our friendship has matured gracefully as we both graduated from university and I proudly witnessed him go on to finish medical school. I have known Saad to be one of the most hard-working, resilient and determined people I've met. More than that, Saad is an extremely thoughtful and genuine individual who cares deeply for others. Saad is a lover of all people. He is the type that if in a room full of people he does not know, he will always try to find common ground and connect with every single individual in that room. In my experience, everyone that meets him only has positive things to say, as he treats everyone with the utmost respect and tries his best to understand you and your experience.

I remember a time earlier on in our friendship when we were still getting to know each other; I was hanging out with Saad and two of my other friends at the beach one day. At the time I was struggling with terrible anxiety and depression and I had a major panic attack on the beach. Saad, not really knowing me that well, noticed I was alone and got out of the water where our other friends were and came and sat with me in the sand. In this moment, Saad took the time to speak with me and to listen to me and make me feel comfortable and understood. This moment in particular stands out to me because in a world where everyone keeps to themselves and puts on a stoic face, Saad embraced a moment of vulnerability with me which fostered connection and allowed our friendship to evolve. His ability to empathize, especially with someone he did not know very well at the time was priceless. This is just one example of the countless times I have witnessed or experienced Saad's generosity of heart and spirit, and I hope it aids in painting a picture of the type of person he is.

The death of the young woman has undoubtedly caused immense pain and suffering to her friends, family, and loved ones. I cannot fathom the depths of their pain and the peaks of their sorrows, and I am in no way trying to make light of the situation. I am truly sorry for their loss. In the moments Saad has spoken about this, you can so clearly see, hear and feel the vast sense of remorse that fills his entire existence. Saad has not been the same person since and rightfully so; to carry such a horrific memory with you throughout the rest of your life is traumatic to say the least. There is nothing one can do short of turning back time.

With this being said, Saad has spoken a lot about his hopes and dreams for the future. I know in his heart all he wants to do, all that he has worked so hard for is to be of service to others; to practice compassion and dedicate his life to relieving the suffering of others through medicine. However, in the midst of this case, I know that it has been easy to lose sight of all of that at times and that he has felt akin to Sisyphus rolling a boulder up a hill only to have it roll back down, stripped of meaning or purpose, tormented by the eternal punishment of living with his own mind and its memories. A life- the most precious gift, was lost and there is no way to bring it back. How is atonement possible? Despite living through this horror, Saad has held on to the light and has made it a point that he will not let her death be in vain which is why he shared that he wishes to dedicate his life's work in memoriam. I think this is an honourable decision and I know that he will prove to be an outstanding doctor and member of the community at large, leaving a positive impact on people's lives.

As you know, Saad has no prior convictions or offenses and I strongly believe that he should be given the opportunity to live out his dream of pursuing a medical career and serving those in his community in memory of the life that was lost. Given his clean record and future trajectory, I implore the court to lessen Saad Jalal's sentence.

If there is anything more that I can do, or any more information I can provide I would be more than happy to do so. I can be reached at mariolya.m@gmail.com.

Many thanks for taking the time to read through this letter.


Sincerely,
Mariolya Maksymiw

Your Honor, my name is Aliya Naeem, Saad Jalal's mother. I have been given the opportunity to connect with your honor and with extreme humbleness and apologies, feeling extremely difficult to share my thoughts and emotions as a mother, I can only wish, No mother would ever find herself in this position, as I can feel the pain when I think of the mother of the one who is no more with us and then when I think of a mother who has been bestowed to be able to judge a situation like this. With my limited abilities in English language, I will try to open my heart with all the vulnerability and invite thyself to view the situation from where I stand.

I come from a highly educated family who has earned recognition and respect back home, and wherever they are in this world. My father was doctor himself and dedicated his entire life for helping every patient and family he encountered in his life, he raised us with greatest education goals, and we all complied, our mother was nothing but a figure of LOVE and Dedication. I tried my level best to raise my kids with those standards in mind, I am glad my husband stood beside me and proved to be a great partner in the last 33 years.

We immigrated with great hope and like all immigrants had a dream to get our kids highest possible education from most prestigious institutions in Canada. Your honor, you would have already known Saad's achievements as student and professional, despite all challenges he reached these goals with great honor. He was heading to a very bright future, where society allow such outstanding individuals to serve them and bestow great trust on their abilities to handle extremely sensitive matters of their health. I never doubted my son's ability because he carried the right genes and our untiring nurturing, but above all my focus has been building a strong character in him which would match his aspired profession. My focus was to cultivate values in him, which would align with the society we live in, and which would bring harmony, love and respect for all. It is only natural to feel conflicting cultural values in diverse societies, but I am proud to say that my children were not only blended very well in communities they lived in, but vey quickly learned the balance and ability to maintain individual identities at the same time. Saad has been able to cultivate friendships and long-lasting relationships with individuals who are all equally high achievers and involved in highly respected professions, people who are looked upto for inspirations. Saad completely understands the value of human development and never felt tired in working hard day and night towards such goals.


Saad knows how to respect elders, earn the love of all children he would meet and get their attention, and connect deeply with people of his age. He has no bias to anyone based on the traditional differences due to cultures or believes. I have seen and connected with his great friends from all colors and creed, and I only saw love and respect in their eyes for him. They would surprise him on his birthday parties and get togethers when he would return home from long and hard academic semesters at Med school. They would crave his company to share their lives with him and feel no short of calling him their messiah. I know mistakes are human dilemma but no one is perfect and this one situation is testing his resilience to the max, he would never compromise on the universal values he has learnt and would continue to strive for being the Best he can be....this is HIS DNA and he is standing at a crossroad, looking towards us all, asking for help and mercy....For the LOVE OF GOD and his people, Please HELP HIM for his life should not crumble to bring us all at another crossroad and thinking we should have done better when we had a chance.... This is a plead of a mother to a mother through a mother... as we all share a unique bond as mothers....the womb of creation...the symbol of patience and sacrifice.

My name is Hamid Mian, and I am Saad Jalal's father. I am currently working in Consumer Supply Chain Management and hold a degree in Veterinary Medicine with a master's in microbiology. I have served in Poultry Industry's Supply Chain for 14 years before immigration to Canada and adopting a career in General Supply Chain Management for the last 18 years. My wife Aliya Naeem (Saad's Mother hold same education and served in Research Organization for 14 years, before immigration to Canada, where she passed and got a license in Medical Lab Technologist). Throughout my career, I had the opportunity to lead/manage big and small teams to achieve organizational goals, with special interest in Human Potential Development.

I am extremely grateful for providing me this opportunity to share my thoughts about Saad's situation and shed some light on his character from my perspective, and although there will be a natural tendency for bias for Saad, I would still like to assure that understanding the circumstances which lead to this situation, I would put my best effort in balancing my thoughts. Life has brought us all into a extremely unfortunate, regrettable and remorseful place, where we cannot fathom the pain and suffering of a lost life and share deep empathy for the family of lost and deceased life. We understand, no words and actions can reverse the turmoil, but in order to bring acceptance and peace with life, we need to move forward with an intention to save another life, which is at a turning point and whose destiny is at our hands as a society and its systems.

Just like every other parent, we tried our best to instill highest human ideals in our children and gave special attention to build their character based on universal moral values, where they would feel no discrimination based on race, religion, color, culture or any such bias, where everyone is respected for who they are. We feel strongly about this development which proved in the years to come, as Saad earned his love and respect from people from all ages and walks of life. We have no memories of any complaint whatsoever from his schoolteachers, but only praise, appreciation and awards for achievement with highest grades in his class, distinction as a top student. Despite, difficulties of immigration and early life in Canada, we found him performing very well and winning hearts and minds of teachers and students alike. He took interest in very healthy school/after school activities and after achieving high skills in swimming, not only became an instructor, but also a lifeguard showing his personality was developing towards care for others, and deep respect for human life. He maintained this throughout his late middle and high school years. He was also involved in very constructive activities in middle school by being member of parliament and learning ideals of a society. Later he joined organizations like 'Free the Children" and campaigned for their membership drives and events in High school, which reflected his though process towards international frame of mind, love for all. He has been part of Peel Big Brother organization who help children achieve their life and academic goals. The reason I mentioned this all is to reflect how Saad was developing from childhood to adolescent years and what were his aspirations. He was not only academically high achiever, but also a great human in development, for all the right reasons. He joined Canada's Best University for a bachelor's degree in life science and earned a double major, again with an idea to enhance his academic skills and move on to highest education and pursue his goals of human service through medical profession. We all know it is no easy task and requires ultimate discipline and focus to achieve this profession because of extremely high financial stakes, and debt burdens, but Saad has his vision and clarity toward being a world class physician through practising Holistic Integrative medicine, with cutting edge knowledge and skill to bring health and vibrance in people's lives.

Saad has unique perspective by deeply exploration of diverse cultures/religions and ways of life on the planet and a curiosity towards deeper understanding and finding crossroads where they meet and perhaps share common grounds as ONE LIFE. He genuinely cares for diversity and yet firmly believe in inclusivity; this is how he bonded with such diverse groups of people and has the ability to empathise and see the world from their views. He is a great fan of meditation, yoga and a highly spiritual individual who has nothing but love for all. He is extremely humble and intelligent individual who has great ability to connect with people of all ages and all walks of life. Such individuals are highly sensitive and very receptive, and in this difficult time we would like to request deep consideration to help him sustain all the goodness he has developed with hard work and perseverance and give him a chance to prove his value for people around him in community and society in general.

Johana Jalal Mian
555 N Broadway, Apt 823, Los Angeles, CA 90012
617.952.1891 | Johana.mian@gmail.com

Your Honor,

My name is Johana Mian, Saad's older sister by two years. I currently reside in Los Angeles, California but lived with Saad at home up until my marriage in 2016. Like Saad, I hold a Bachelor of Sciences undergraduate degree from McMaster University and completed a post-graduate degree for Marketing at Sheridan College. I currently work as a Territory Manager at Bioness (medical device company).

I know Saad is deeply regretful and saddened over his actions and this entire incidence sits heavy on his heart. I was fortunate to see him San Diego a few months after and to see my brother in pain and contemplating his actions was hard to see, I can't recall a time where he was depressed and down on life other than these last few years. I know he carries the memory of the young woman close to heart and I cannot fathom what pain her family feels. Knowing my brother and his empathetic nature, this incident changed his life forever, you can see the pain and how much her death affected him. Ever since childhood Saad has focused on being positive and bringing peace, and loving energy to everyone around him. He has dreamed to be a physician since we were kids, to be able help others to make a positive difference in every life he touches. Despite the challenges that came with medical school or his rotations, never once did he falter in his pursuit to become a doctor.

He has been a rock, a support and shoulder to lean on throughout my life. If there is one person I know and have called upon to help me with my own personal challenges no matter the time and day, it is my brother. No matter what he is experiencing, he never fails to be a support to myself, our parents, and our younger brother. A more recent incidence where I was not doing well, I called him at 2am and he picked up on the first ring, he stayed on the phone with me for a good 2 hours to just listen and not once did he try to say it's late or I'm tired even though he had a lot on his plate. Another time many years ago when we both lived at home, I was in a car accident, and he dropped everything to come and help me sort out things at the scene and bring me home. He was my biggest supporter and helped keep the peace in the family when it came to my unconventional marriage. These are just a couple of instances in one-liners that I hope convey his helpful, kind-hearted nature.

When he was doing his rotations in Baltimore, he shared some stories of what he had seen in his rotations, and I could see he took each patient's hardships to heart. His drive to help people solidified with each patient and each rotation he did and over the years he decided his goal is to become a family physician who will treat his patients wholly. By that I mean not just trying to treat a symptom but really getting to the root cause of issues and helping patients both mentally and physically.

I was also fortunate to spend some time with him a few weeks ago and I was astounded at how much difference he has made in the lives of the family he is currently residing with. Every family member has spoken so highly of him and how much emotional support he has been able to provide the family despite his hardship, it just reminded me even more of his selfless nature. Every family member, friend, acquaintance – anyone that has crossed paths with Saad has always given unsolicited positive feedback. We were sitting together at the house a few weeks ago and one of the aunts said to him "Saad, you have such a kind heart, I can see from your face that you are a genuine individual. I have been a teacher

all my life and I am good at picking out personalities and I just know you are destined to do great things" and it touched me to see that even this aunt, who has had limited interaction with him felt a genuine positivity towards him based on her conversations with him.

I thank you and the court for taking the time to read my letter, and I humbly ask the court to give my brother a second chance. It is with a heavy heart I write this as I know the pain he is in and how much he wishes he could make things right. I know and pray that despite the circumstances he will get to pursue his lifelong dream and leave an unmatched positivity and kindness to those around him. I pray your honor will grant him some respite and see him for who he truly is, a kind, gentle and loving soul.

Sincerely,
Johana Mian

Imaad Mian
66 Ebby Avenue, Brampton, ON Canada
647-533-5578
Imaad@mianstudios.com

Your Honor,

My name is Imaad Mian and I am Saad's younger brother by 10 years of age. I am currently a student at
the University of Waterloo and Wilfrid Laurier University pursuing my undergraduate degrees in
Mathematics and Business Administration respectively.

I have always been grateful for the role that Saad has played in my life. Despite only being 10 years old,
he took responsibility for me as a child alongside our older sister as our parents were busy working for a
better life for the family. Throughout my 19 years, Saad has been there every step of the way and made
sure that each difficult moment that I had to go through was manageable.

Hearing about how this event happened was truly devastating, as I know how much Saad values each
and every person he meets in his life. So much so in fact, that he continues to aspire to be a doctor. As
far as I can remember, this occupation has always been Saad's dream. I vividly recall the long nights I
would see him studying throughout high school, to undergrad and eventually in medical school. There
was not one weeknight that Saad decided to do anything else other than focus on his passions. As a
doctor, I understand that Saad's aspirations were to combine the rigorous technical knowledge with
empathetic patient care in order to ultimately focus on the outcomes of each individual patient. It is this
guiding light that has helped him succeed through each obstacle he has had to face to this day.

I would also like to point out the tremendous impact that Saad's determination has on the people
around them, citing myself as an example. I emulate Saad by also having a passion for a field and
wanting to ultimately help those other than myself as a lawyer. I am confident that without Saad, I
would not have had the determination, perseverance, and dedication to get to where I am today and am
further confident that seeing his success moving forward will only motivate me more. I am an incredibly
fortunate person to have such an intelligent, hard-working, and caring person as an older brother.

There are few individuals that I have met in my life who are willing to go through 10+ years of schooling
just to ultimately help people. Were it just for the money, the path that he chose through Caribbean
medical school would not have been optimal. Were it just for our parents, he would not have been able
to persevere throughout each hardship. Were it just for himself, he would not have chosen such a career
path in the first place.

Your Honor, I ask that you consider the disproportionately positive impact that Saad will have on society
as a doctor, a brother and as a citizen. It is my belief that it is in everyone's best interest to continue to
let Saad pursue his aspirations, as we are all to benefit from his future contributions.

Thank you for taking the time to read my letter.

Best regards,

Imaad Mian

Abdullah Rafi

Laurentian Avenue, Mississauga, ON, Canada, L4Z 2J3

647-771-5707

AbdullahRafi@live.ca

To whom it may Concern:

My name is Abdullah and Saad is my cousin from my mother's side. I've known Saad my whole life and have grown up together for the past 18 years. I've seen him grow up to be a wonderful kindhearted individual who's been there for his family and his close ones. He's put his heart and soul into becoming a doctor to help others in the field of mental health. He's helped me immensely with my personal relationships by always being there to lend his ears and advice.

I'm writing this letter to voice the fact that yes, Saad did make a mistake and the guilty verdict can be understandable. With that being said, I would like to show a different side of Saad by writing this letter to show what you don't know and perhaps it will help to assist towards a lighter verdict as he's already gone through a lot mentally and will continue to for the rest of his life. Ever since I can remember, Saad has been extremely passionate about becoming a doctor so he can part of the greater good in society. He had planned to do this by branching out into the medical field of Mental Health. He grew this passion for Mental Health at a young age as it does plague our community and at times it could feel as though it is deeply routed within our culture. He has always been a voice of change and reason within our Family. Helping people to see a different perspective. There once was a time in which I was not as close to my sister due to personal disagreements. Saad helped me understand the mental health issues she was going through and how to best approach the situation but most importantly, to give time to help alleviate old wounds. I took his word for it as I know how credible Saad is with his deep passion for mental health and helping others. He's always been the go-to family guy for small illnesses that might occur within the family and he's always there to lend a professional option no matter what time of the day he is called.

Thank you taking the time out to read this character letter. I politely ask the court and Judge to give a light sentence as Saad knows that he's had a hand to play in something very traumatic. He himself has had an extremely hard time coping with this fact as per the numerous conversations I've had with him over this situation. I ask the court and Judge to go lightly on Saad as he will have to live with this fact for the rest of his life, but he can make a real change in society working to become a doctor and help people understand the troubles that can come with drug abuse. Saad can help people understand as to why drug abuse is an option for them and create coping mechanisms to help individuals get better. There is nothing he can do to take back what has been done but Saad can be a contributing member of society and the medical field to help people learn from his mistakes.

I am available at any time to confirm or assist with all information provided in this letter. Please feel free to reach out to me as necessary.

Thanks,

Abdullah Rafi

September 5, 2021


Chris Sherwood
35 Gamble Lane
Port Dover, Ontario
N0A 1N3


Your Honour:

**Re: Saad Jalal**

Saad Jalal has been my step-daughter's boyfriend for going on a year now, so unfortunately, I have not known him for very long to be able to say that I have extensive experience with him. Nevertheless, as brief as my time knowing him has been, I have seen enough of Saad in that time to confidently say that he is a man of immense character and an exemplary human being. There are few people that I would be willing to go on the record to say this about – a handful, if that - but I whole-heartedly describe Saad this way. Thus, I was happy to hear that in its efforts to mete out a fair consequence to him regarding his involvement in Alexandra's (last name not known to me) premature death that the court was willing to receive letters of reference in regards to Saad. I am very pleased to write one for him.

It was shortly after meeting Saad that he shared with my wife and me the painful story of this young woman who died and his role in how that happened. It is indeed a tragic story, one that reminds me of life's fragility and how quickly it can be taken away. I perhaps more than most am aware of just how true this is. I don't like talking about myself or my accomplishments, but in this case, I believe it may be important for you to have a sense of what informs my perspective. I was a nurse specializing in palliative care for the better part of 20 years, working in multiple capacities, such as, but not limited to:

- Nursing at the bedside of adults living with and dying from cancer and AIDs back in the early 90's when AIDs was a far more lethal diagnosis than it is now;
- Being hired onto the first clinical team at Canuck Place (North America's first free-standing paediatric hospice) and working there for six years.
- Working as a consultant who supported other health care providers with clinically challenging issues;
- Being asked by the membership to sit as President of the Ontario Palliative Care Association and serving on this and numerous other boards locally, provincially and nationally; and
- Being chosen by the Division of Palliative Medicine for an associate clinical professorship adjunct at McMaster University in Hamilton, Canada.

When I was at the peak of my career and trying to do great things, I was diagnosed with Parkinson's disease… at 36 years of age. Eleven years have now gone by since my opportunity to serve others professionally was removed from me because of challenges associated with my illness. So, it is with this unique set of experiences that I, having been a caregiver for so long, now have the opportunity to learn how to be the recipient of the very support I was once the provider of. And, it is through this lens that I try to evaluate the character of others.

One of the key attributes I look for in a person to determine their character is their willingness to give to others in whatever way they can. In the time that I have gotten to know Saad, it is this quality more than any other that has stood out to me as being something that characterizes him as a person. That this quality was indeed one of his became no more evident to me than when in the midst of his brief incarceration earlier this year he was more concerned about what the impact was going to be on his girlfriend than he was to himself. Although obviously concerned for Saad and his circumstance, as the step father of his girlfriend I still found comfort in this.

I don't envy your position of having to choose a consequence that does justice to Alexandra's life that has been lost while also considering all those left behind whose lives have yet to be fully lived, including Alexandra's family and friends, Saad and his family and even society at large – not easy for sure. Without a doubt and like so many of us as young people who don't necessarily stop to consider what could go wrong, Saad made a significant error in judgement, one that had huge ramifications for a young woman and all who loved her. Knowing Saad's character, I am certain that the memory of that night haunts him and will continue to for a long time as will the knowledge that he played a part in that. I don't know what a fair consequence is for Saad given his part in that evening but one thing I do know is that the world is a much better place with his contribution to it than it would be with him behind bars and unable to give to it what he has.

Sincerely and respectfully,

Chris Sherwood

My name is Catherine Grant, I'm 25 years old and I work for a company called "Clio" that provides cloud-based case management software to attorneys. I have known Saad since January of 2021. The two of us connected and we have been inseparable since. Something I need you to first understand about me before I go on is that when Saad and myself met, I was just finishing overcoming the trauma of a very mentally abusive relationship that I had spent over two years in. This experience, amongst many other negative experiences I've had with men over the course of my life had left me at a point where I was quite comfortable on my own. I was financially stable, living with my best-friend of 16 years and I was prepared to protect that at all costs, I had no intention of mixing myself up in another serious relationship at any point in the near future. In fact, I was comfortable with the idea of being alone forever if It meant I wouldn't feel that level of pain again. Then I met Saad.

I'll admit I was head over heels the first night but, still extremely hesitant to let him anywhere close to my heart. That is until he gave me no other choice. You see, the thing about Saad and the topic I'm confident you'll find consistent through these letters is his massive heart and empathetic abilities. Everyone I proceeded to introduce him to in my life continued to have the same impression left on them. He even managed to convince my mother who has her own past traumas with men. I think the first time I really realized that this was a person who truly lives to better the people around him was when my roommate left her car on the road for three days during the storm of the century, After which, it was entirely covered in about three feet of ice, not snow. Seeing as my roommate didn't have anyone to help her he went and bought a shovel, and spend the next two days going outside for an hour at a time chipping away at the ice until her car could be moved. The reason this was so important? Aside from the obvious, my roommate had spent the last year going through her own special kind of hell and I was doing everything in my power to get her mental health back on track, Saad knew this. He knew this, and not only does he care about her, but he knows how much I care for her and how important it would be to support those that are important to me. This wasn't the only time he put up his hand to help, he did this daily. Saad has a tendency to put everyone else first. He will give the shirt off his back and his last dollar to ensure the happiness and safety of those around him.

I suffer from CPTSD and after Saad left the stress triggered a hibernating eating disorder I hadn't dealt with since high-school. When he was released there were days I would sit on my kitchen floor crying because I couldn't eat, I couldn't make anything and I was simply too depressed to do anything about it. Without fail, every-time he would have prepared food or groceries sent to my door. When I came down to visit him he weighed me and saw how bad my weight had gotten. I was down to 98 pounds at 5'4" and had lost 10% of my body weight. He now checks with me daily for a food log to make sure I've eaten enough. This is something my parents have never done for me. I've been picking myself up off the floor since I was a kid. Saad was the first person to show me that I didn't have to do it alone.

My step father, growing up, was a psychopath. This means I've seen some of the most sadistic and cruel sides of humanity. It has hardened me in many ways and one of the things that made me fall in love with Saad is his ability to forgive and understand. He is always able to look at the bright side or see the good in people. Even when people's actions seem completely misguided, he is the first to offer the benefit of the doubt. This is something the world needs more and not less of. The amount of guilt and shame I know he harbours knowing that anything he may have done could have led to the harm of someone else Is something that I've witnessed keep him up night after night. It is not something that he takes lightly or something that he has let go of.

When all of this first happened and I found out where he was my whole world fell apart and I mean that in the most literal of senses. Now, living a life of trauma you would think I would be

used to this by now and to be honest, I am. I'm used to things falling apart and I'm used to people not being who they appeared to be however, this was not the case this time. This time my world crashed because I was forced to realize that men as awful as the ones who abused me my whole life continue to walk around terrorizing the women and children around them, but, someone as pure as Saad is facing time in jail and potentially losing a career that I know would only allow him to help more people. It killed me every phone conversation we had knowing the level of suffering he was going through all the while knowing men like my abusers were never going to pay a single day. For the first time In my life I wasn't just crushed for my own personal loss, I was crushed for his loss and the world's potential loss at this amazing human being. The entire time I was crying for him he was also crying for me, as much pain as he was in as much change and volatility he was going through he spoke with my step father and told him he was mainly concerned for my well being. The interesting thing is I wasn't surprised when I heard this because it is completely in line with his character. If I could sum him up in one sentence it would be the man who is concerned with his partners well being above his own while he is looking down the barrel of a gun.

The lasting impact Saad will forever have on me is not that he is the love of my life. But rather he is the person that showed me that not only can people be good and kind, but that someone else can care equally as much about me as I do them, and then go on to demonstrate that. He will always be the man that reminded me I don't have to do It alone, it's okay to ask for help, and it's alright to cry when someone is looking. He continues to teach me everyday.

So I'm asking you to show him mercy. I'm asking you to please consider not only his character but also his intentions. I respect that your role is very difficult. I'm begging you to ask yourself if this is someone who truly deserves to lose anymore time and if the people that he has potential to help deserve to lose the chance to be impacted by him. This man has quite literally saved my life and this isn't an outcome he deserves. Thank you for listening.

Christopher Smith

Resident Physician PGY-2, NEOMED/Aultman/Cleveland Clinic Mercy Hospital

1000 Market Ave South

Canton, OH 44707

313-423-2702

christopher.smith@aultman.com

To whom it may concern:

My name is Christopher Smith and I am a second year Resident Physician in Diagnostic Radiology at Northeast Ohio Medical University/Aultman/ Cleveland Clinic Mercy Hospital in Canton, OH. I completed my BSc in Biochemistry and Chemical Biology at Wayne State University in Detroit Michigan and then received my MD from Saba University School of Medicine. I have known Saad for 5 years now. Being neighbors first during second year medical school and then as clerkship students in Kansas City and Baltimore.

I respect that Saad has plead guilty to the court. In my conversations with him, I can feel the remorse he has. He is genuine in what he says.

Saad has always been committed to the betterment of people since I have known him. I was one semester senior to Saad in medical school. He would always check in with me after we had conversations regarding my anxiety one night. Knowing how anxiety affected my exam performance, Saad taught me about meditation and tea and relaxation techniques. I would not have been nearly as academically successful had it have not been for my performance anxiety finally being under control.

Saad was also known for his soups. There were multiple times that I would come home from a late night at the library to find a bowl of homemade chicken noodle or cabbage soup. I was interviewing in Kansas City for Diagnostic Radiology and Saad let me stay with him. He opened up his fridge and homemade soup was waiting to be warmed.

Saad is such an incredibly warm person and it's not hard to see why. After my first semester knowing Saad, I was travelling home to Canada on break from medical school. Flying into Toronto was treacherous given the massive snowstorm hitting the city. My parents had a 3hr drive to pick me up at the airport to make matters worse. Saad's parents, without question, took me in for the night to save my parents the drive.

His mom recounted all the stories I had told Saad. About being a housekeeper in the hospital. About my mother being an ICU nurse. And how I had always dreamed of being a physician since I was young. She told me she saw a lot of Saad in me and was very excited to have me over. There were many parallels between my childhood and Saads when listening to her speak. It was evident why he was so relatable. He was brought up how I was raised; taught to respect others, to have a good work ethic, and to see the good in all people.

We are all human. We do make mistakes and errors in judgement . Our mistakes impact ourselves and others and can unfortunately be far reaching at times. It pains me to think of all involved in the tragedy.

I thank the court for the opportunity to speak on the character of Saad. With respect to all, I ask for a second chance for Saad. I believe Saad to still be the warm, caring, and hardworking Physician I knew and still know to this day.

Regards,


Christopher Smith

Sameer Sethi
3472061243
sameersethi2002@gmail.com

Your Honor,

My name is Sameer Sethi and I have been a dear friend of Saad's for the past sixteen years. I am a resident physician currently in my third year of training at Kent Hospital in Warwick, RI where I am training to become a board certified Emergency Physician. I hold a Bachelor of Science in Computer Science and Biology from McGill University as well as a Doctor of Medicine degree from St. George's University School of Medicine.

I respect that my friend has pleaded guilty to a crime for which I know in my heart and soul he is incredibly remorseful. I thank you for the opportunity to write this letter to offer a more complete picture of Saad Jalal. Saad and I became close friends both through high school and our work in the community as lifeguards and swim instructors in our hometown of Brampton, Canada.

Though many others may offer their thoughts on Saad pertaining to recent years, I had the pleasure of knowing Saad particularly well during our formative years and can confidently speak of his true character, motivations, and upbringing. We met in our ninth grade gym class and became fast friends as a result of our shared interests. We found ourselves on a similar path, both as aspiring physicians and as individuals interested in bettering ourselves and the world around us.

Even at the young age of fourteen, Saad was driven by a deep desire to help his community, both locally and globally. His long-term focus has always been to achieve this  as a physician — a goal he has never wavered from regardless of the obstacles put in front of him. As a teen, he spent much of his time dedicated to empowering the next generation. He became very involved with an organization called Free the Children (now known as WE Charity) in high school because the idea that children around the world were subject to child labor was unacceptable to him. He felt that every child in the world should have the same opportunities as him, so he motivated our high school of over 2000 students to become involved with the charity — something that continued even after he graduated. Locally, he became involved at the community pool as a swim instructor to children of all ages and helped them foster the confidence and skills to swim. I can personally attest to the positive impact this role had on the children in our community.

Saad has now graduated medical school, a feat I can personally attest to being incredibly challenging and one which requires great passion, persistence, and deep desire. He has shown resilience by doing so and I truly believe Saad has garnered the skills and wisdom required to make a positive impact on his community and future patients' lives.

Thank you for allowing me the opportunity to convey to you that Saad Jalal is a good man with pure and admirable aspirations who is motivated to make this world a better place while also having the introspection to understand that he must constantly seek to improve himself in order to reach his goals.

Sincerely,

Sameer

Syed Abidi
120 23rd St East, Saskatoon, Saskatchewan, Canada
5146610687
kumail14@gmail.com

Your Honor,

My name is Syed Abidi and I am currently a medical doctor in training to become a certified Radiologist. I have known Saad since the beginning of high school and consider him to be one of my closest friends. I write to you with a heavy heart considering the circumstances of the situation.

Saad is one of the most kind-hearted, down to earth, and selfless individuals I know. I recognize he has pleaded guilty to a crime, which I can say with utmost certainty, he is completely regretful of. Saad was caught in an unfortunate situation which I know he tried, with the best of his abilities, to prevent and then manage when it did occur. I recognize there were substances used, which may seem unusual, but I have seen to be common in this society. I personally know that this is uncharacteristic of Saad, this unfortunate situation and lapse in judgment is not a clear reflection of his character.

Ever since our younger days in high school Saad has always been someone whom I admire for who he is. From day one of us meeting, he has been stoic, level-headed, and with a pleasant nature that draws you in. He is a joy to be around, not only because of his character but the insightfulness he has. In our conversations we have spoken about our goals, aspirations, and how we want to change the world through positive contributions. He has helped me broaden my perspective of the world, to see the good in people, and to treat others with kindness and compassion. I have learned a lot from him, from his hard work and dedication and his treatment of others. We have volunteered together, studied together, and been through the challenges that have come our way, all guided by our friendship. I've witnessed Saad to be honest in every action he takes and to own up to his mistakes. Even now, despite the unfortunate situation he's in, and the stresses that accompany it, he continues to be mentally strong and hopeful. This speaks to his character, and this is how he has always been. He is without a doubt one of the most hardworking people I know. Struggling through medical school, excelling at his board exams, and obtaining a match in residency is no easy feat, especially for an international medical graduate. And Saad did this with conviction and determination because his ultimate goal is to positively contribute to society by helping those that may be less fortunate.

That is truly who Saad is, someone who knows he has a greater purpose in life and wants to better humanity and leave a positive impact, one of the reasons he pursued medicine. I know he is truly regretful of the decisions he made that night and the effect that it had on the lives of those involved. Although we cannot turn back time, I know that Saad is immensely regretful of what occurred and the actions he took, and he has learned a very valuable lesson, from this unfortunate situation.

It has been a shock, for me and others, that he is in this calamitous situation. I know he has so much left to give as I see him as a truly valuable member of society. Knowing Saad's situation well and haven spoken to him multiple times I truly feel his remorse and regret.

I hope that this letter illustrates at least a small portion of Saad's character, his worldview, his compassion towards others, and his determination to contribute positively to society. I request that you do not take away the opportunities he may have in the future and allow him to fulfill his true potential. I ask that you allow him to have a second chance at making a difference in the world which I know he is beyond capable of and that he will do. Thank you for your time and for reading this letter.

Sincerely,

Syed

Sabrina Younghusband
142 Aberdeen Avenue, Woodbridge, Ontario
4167061771
sabrina.younghusband@gmail.com

Your Honor,

My name is Sabrina Younghusband and I have been one of Saad Jalal's best childhood friends
for the past 17 years. I am a thriving Digital Marketer for the life Insurance field in Vaughan,
Ontario and have a diploma in Marketing and Advertising Communications. I have known Saad
for much of our childhood as well as adult life and continue to hold this friendship to the
highest standard.

I respect that my friend Saad has pleaded guilty to a crime in which he is incredibly remorseful
for and thank the court for taking the time to read this letter to try and get a full picture of who
Saad truly is. I met Saad in grade 8, being the new kid coming to a new school midyear with no
friends, Saad was the first to move his seat over and let me sit beside him knowing I was
extremely nervous. He was quiet, and we were opposites, but we managed to break down the
barriers we had and realized this friendship was meant to happen.

I came from a broken home, where academics weren't a priority, and the troubles of life were
unexpected every day. Saad always helped me, whether it was with my schoolwork, my mental
stability or just being there for me in times I needed most. He once wrote me a heartfelt letter
after our first year of knowing each other, reflecting on our friendship and how much it meant
to him and to this day, I still have it. Despite going to different high schools, we always were
there for each other especially in the hardest of times. When he told me he was accepted to
Medical School to be a doctor after attending the University of Toronto, I knew this path was
his true calling.

He was always so passionate, knowledgeable, and giving in life and made sure everyone around
him was smiling. To this day he still carries all these traits. Once he started Med School, I saw
how important this career choice was to him. He would light up speaking about the future and
all the changes he wanted to make within the medical world and how he would dedicate
himself to helping his patients. I loved being there to hear about his different stories of when he
was working in different cities, at different hospitals, studying for days with minimal sleep to be
the absolute best he could be.

I know how lucky I am to have Saad as a best friend. He emulates so much passion for life and
helping those around him, even if it may mean putting himself last. He is the first to help
someone if they need it and can read when a person wouldn't ask for help but required it the
most. This is one of the best qualities about him. He has always been an honest and incredible
member of the community and he is deeply remorseful for his actions.

As a very close friend, this has opened my eyes wide about the decisions we make and how what we do affects us all. I thank you for taking the time to consider my letter. I understand and respect the jury has found Saad guilty of this crime. I am writing this letter to show who Saad is inside and out. He is human, an incredible one at that. I please ask that you consider a second chance for him to make the difference in this world that we, he closest friends and family, know he can make. Please consider giving him a second chance to help those in need with his expansive knowledge and exponential growth.

Sincerely,

Sabrina

## Saad Jalal – Ryan Adrian Morrison

From sports and games, to physical, mental, and spiritual health.  From developing social skills to enhancing my grades and education. From expressing myself, and self-discovery, to meeting new friends... Words cannot encapsulate the true altruistic nature of Saad Jalal, nor can it grasp the amount he has taught me throughout my entire life.  But I'll try my best.

Saad is the type of person that will always put others first and is willing to do whatever it takes to keep people happy.  If I was to describe Saad in one word it would be *compassionate*.  This *compassion* that Saad breaths daily has driven him to a point in life where he can effortlessly empathize with those around him which helps to craft them into the greatest version of themselves.

Saad is consistent with calling to check in to see how I am progressing in my career/life. When this happens, whether it is in person or over the phone he challenges me to face my fears and conquer the next step regarding the fear of the unknown with nearly every obstacle I run into. One example of many; I've been practicing real estate for 2 and a half years now, and during the process Saad would call to check in and see if I was learning anything new and progressing towards my goals.  Along with many other things, he successfully persuaded me to reach out to more people, follow my values and move with positive intentions and that is how I connected with a handful of people, and met my new current real-estate mentor, Petrus. Petrus is one of the top performing agents in the real estate industry of South Ontario, listing multi-million dollars homes frequently, and has big names taking the initiative to endorse him on multiple platforms, on a consistent basis and without being asked... with nothing more then genuine kindness and positive intention.  I would never have connected with such a pure entity that resonates with my values of how to treat people and progress to this extent if it were not for Saad.  When working in such a career temptation is frequent to stray away from your true path and values, but Saad consistently keeps me on track and grounded.  This is one very small example of many, Saad has truly provided me with the necessary light to guide me here. To keep battling against the path of least resistance and to enhance every part of my life and those around me for the better.

When ever Saad came back to visit Canada, regardless of the stress in his eyes and the veins popping out his head from the pressure built from all the complex studies and life's challenges, I would frequently empathize with him, in an attempt to have him be gentler on himself, regarding the effort and perseverance he always promised that this would all be worth it in the end.  That, regardless of how challenging the field he chose was, the high expectations from his family towards the person he has worked to become, and the multi-faceted pressure derived from the fear of failure, he would get it done.  A promise that he will be able to reach his goal of helping as many people as possible reach their ultimate potential.  Not a single doubt has ever crossed my mind that he would reach nothing less of his goals.  This perseverance resonates with me every single time I run into an extremely challenging obstacle.  The resonation lies within the acknowledgement of the end goal, the desire, ambition, trust, and belief to become the person that can, and will help as many people as possible.  It allowed me to view any struggle and difficulty in a different light.  To acknowledge that difficulty and challenges are a part of life, and that facing these obstacles is what it takes to enable that stronger version of yourself.  That to progress further in this sequence it is necessary to put immediate impulses of slowing down, giving up, or quitting completely on the furthest back

## Saad Jalal – Ryan Adrian Morrison

burner possible.  This ability to put these impulsive flight instincts second to the end goal has allowed me to reach a potential much further than I would ever consider possible.  It has inspired a limitless type of mindset, bound only by my own doubt and hesitation, and has given me the ability to filter negativity, control hesitation and persevere through any challenges.

Unbelievable is a significant understatement when defining how much Saad Jalal has changed my life and those around him for the better.  Saad Jalal has been my best friend, mentor, and guardian angel ever since I truly got to know him in grade 8 and has been guiding me towards the right direction every since.  He is the type of person that others frequently go to for help.  The type of person that- when you are depressed, lost, confused or uncertain about anything in life, he is always there to provide advice. No… advice is not the right word.  He is the type of person to open your mind to different perspectives, opportunities, and unique ways of living.  To grasp the moment and to live a better life while clearing your mind of pessimistic thoughts.  He is the '*teach a man/woman to fish*' type of guy.  It is his actions of genuine kindness and the natural desire to help others that has people frequently attracted to him to him.   This is Saad Jalal that I've grew to learn and love.  This is his way of life.

I ask the court to please consider any decision made towards Saad Jalal based on the type of person he is, and to encompass his true nature when deciding disciplinary action.  Speaking with Saad about the entire situation I know that he is extremely remorseful towards the loss of a valuable life, and it eats at him every day.  That if he could go back and rewind the hands of time he would. Unfortunately, this is not possible. What is possible is Saad making amends, and that he will work as hard as possible to do so.  You cannot bring back a life after it is loss, but you can definitely save as many others as possible, and Saad will conduct absolutely everything in his power to do so. Saad Jalal is truly one of a kind and his potential would be of much greater use to our society with him than without him. I vouch from the bottom of my heart the true character of Saad Jalal.



**Ryan Morrison**
**170 Steelwell Rd #200, Brampton, ON, Canada, L6T 5T3**
**Head Office: 905-793-1111 Fax:905-793-1455**
**Direct Line: 647-891-1703**
**Email: RyanAdrianMorrison@Gmail.com**

September 14, 2021
Sasan Mahmoudi
919-539-9979
sasanmahmoudimd@gmail.com

To Whom It May Concern,

My name is Sasan Mahmoudi and Saad Jalal is one of my best friends, I have known him since the beginning of medical school as we were classmates and have been together in our journey through our medical career since we started in 2015. My initial impression of Saad was someone who found it very important to identify a purpose in what it was he was doing, since our first meeting our friendship has been an endless string of conversations examining why we are doing what we are doing as we go through our medical career. How to spend our time and the meaning and unequivocal satisfaction gained in helping others. He has been my best friend in a challenging setting and has shown me that through the temporary pain of discipline, we can become truly impactful healers and leaders in our community. Saad and I have been together for all of our medical school years and even when not in the exact same hospital we are in constant contact. Since finding out about the event that happened, I have consoled him and been there for him as he has gone through the remorse, regret, reflection, and rumination of the death of a young woman. Our time and interactions since the incident have been a long and difficult deliberation of what this has meant. We had both studied the effects of PTSD in our studies and recognized the symptoms he was going through and knew that this would take a very long time and that in the end there was no final reconciliation or sense of catharsis for a life that is lost. The affliction it has put on her family, friends, and anyone who has ever interacted with her. In our careers we have always talked about how there is nothing more precious or valuable than our lives, our ability to experience, how much gratitude we have just to exist and I have seen how Saad has processed the fact that there was someone he knew that would no longer be able to have that most valuable experience.  Through this time I have seen him remain hopeful through these tribulations that he would be able to turn this sorrow into something that could still help humanity;  that our experiences, pains, regrets, and things we are remorseful for could drive us to keep fighting for a world that summates into a positive. The many conversations I've had with Saad have shown me that as he carries the pain of what has happened, he has love to give to this world and no matter what happens, will persevere to help others as he has always intended, it is the only fulfilling purpose he sees as he knows that there is nothing that can account for the loss of life of someone. Many of our conversations throughout our medical career has been about how happiness or a sense of satisfaction is not rooted in any earthbound vanity but rather that purpose and meaning is found when committing your life to something that is more important than yourself.

I ask of the court to give Saad, someone who has had no prior offense, a shortened sentence and the freedom and time to continue on his path of self-fulfillment through committing his life to something that is more important than himself. I look forward to working with him in the future and fulfilling our life's purpose together as friends.

Sincerely,

Sasan Mahmoudi MD

Ivanna Hreshchuk
Berlin, Germany
October 3, 2021

**Letter of Character Reference**

Dear Sir/Madam,

I had the privilege of meeting Saad back in 2013, when both of us were in the early days of our studies at university. Our career paths could not be more different; my passions geared towards art and design, while he devoted his academic career to the medical field. Nevertheless, our conversations always returned to the thing that united us: helping people through our aspirations.

Saad is a genuinely compassionate person who always helps others in altruistic ways. Whenever someone needs a ride home, he's the first to offer to give them a lift and will even wait to make sure they reach the front door. He is extremely welcoming and will take anyone under his wing—connecting his acquaintances to like-minded individuals and transforming them into lifelong friends. I can attest to this quality as I experienced it first hand when he introduced me to his friend group.

He has helped me personally many times throughout our friendship. On one specific occasion, I was going through a tough time and had a panic attack—something that is not normal for me and therefore, extremely overwhelming. He took my hand, told me to take a deep breath, and helped me through my anguish to a better state of mind. This brought us closer and throughout the years, I witnessed him be there for anyone who needed help or simply, a person they could trust.

If there is one thing I'd like you to take from this letter, it is that Saad is a caring person who always does his best to help people. I believe he should be given the chance to continue what he does best and make the world a better place.

Sincerely,
Ivanna Hreshchuk

Nanak Rai
601 Bond Ave NW, Grand Rapids, MI, 49503
7542487760
Rai.nanak@gmail.com

Your Honor

My name is Nanak Rai and I am currently training to become a board certified internal medicine physician. I have known Saad since high school and this serves as my character reference for Mr. Jalal given the very unfortunate circumstances.

Saad is one of the most talented young individuals I have ever met. He helped me grow into a more selfless and caring individual during my early years in high school. He has always welcomed me into his home with an open heart and was willing to lend an open ear during some of my roughest times in high school. He comes from a first generation, middle class, Pakistani family who value hard work, commitment to family, and selflessness. Both of him and his family are practicing Muslims and are surrounded by a community of those with similar faith and values.  He has always been at the top of his class and ended up pursuing neurosciences in undergrad with the hopes of becoming a physician.  I have seen him struggle to score high grades in undergrad as he was in one of the most difficult sciences programs in Canada.  During his transition to medical school he excelled in basic sciences and was able to achieve high board scores on his residency entrance exams.  Apart from being intelligent, he is very self-reflective and learns from his mistakes.  He is someone I will always be willing to take under my wing and give advice and help.  Additionally, he has many supportive family and friends who he can always turn to for help and guidance, including myself. Thank-you for your time and for reading this letter.

Respectfully,

Nanak

Kevin Brijbassi

5105987309

Kevin.brijbassi@gmail.com

Your Honor,

My name is Kevin Brijbassi a friend of Saad Jalal for the past 15 years. I am an employee of Tesla Motors holding a Mechanical Engineering degree and Professional Engineering license.

I have had the privilege of meeting Saad in high school where we were initially just classmates but eventually developed into a long lasting friendship up to present day. During these initial times Saad was focused and disciplined in his academics and extra circulars. I recall on day one of gym class grade 9 2006 a *smaller* build individual outrunning the entire class and out pacing us all in endurance testing (like the beep test). Saad was a class example of motivation and striving to always do better. He shared his training tactics and remained humble despite his extraordinary abilities.

After high school, Saad and I took different routes of secondary education (he went to Western University and I went to Waterloo). Despite the two schools being about 65 miles apart we continued to visit each other and maintain our friendship. There were several nights in my novice days of partying Saad has been the bigger brother and gotten me home safe and sound after an irresponsible night on my end. He has always provided me with hospitality in the comfort of his minimal single room living space and been a friend I can rely on when times got tough.

Post University Saad had taken the path to pursue medical school and I had gone into the work force. We would catchup on special occasions (weddings, holidays, etc) and keep in communication. In Sept 2018 Saad had reached out to me mentioning that he would be coming to California for one of his rotations – the place I had been living in at the time. Without hesitation I insisted he stay with me for the time he was here (~5 months). During those 5 months I really got to know Saad on a professional level. His commitment and dedication to his work was remarkable. He would work extremely long hours for next to nothing of wages and still come home satisfied with his day and full of joy to talk about it. He was a respectable house mate who took initiative with errands and upkeep regardless of his temporary stay. We worked hard but also enjoyed our free time responsibly as professionals.

I truly believe Saad can and will be a positive contributing member of this society. His heart is full of nothing but good intentions and the best for the individuals around him. This tragic and unfortunate incident is something he holds on his head for the rest of his life and the Saad I know will use this remorse to help those in need. He has been a role model, mentor, brother and positive contributing individual in my life and will make an amazing doctor.


Sincerely,

Kevin Brijbassi

Justine Eve Maril B. Ibale, MD
PGY-2, Department of Pediatrics
University of Mississippi
Jackson, MS 39216
personal cell: 601-259-1181
personal email: jbibale@gmail.com

To Whom It May Concern:

My name is Justine, also known as "Teenie", what Saad calls me. I am a thriving second year General Pediatrics resident physician who I am proud to call Saad as one of my best friends from medical school. I have known Saad since 2015, but it truly feels like I have known him my whole life. Our friendship bloomed so quickly, closely, and easily on the island of Saba where our medical school campus was located.

I respect that my friend Saad has pleaded guilty to a crime that I know he would do anything to go back in time to change for a better outcome, but I am more than happy to provide more information that represents Saad's character. I met Saad on campus, we had gravitated towards the same friend group. The day I met him, we all went down to the beach to hang out and get to know one another. Saad and I instantly clicked, and I quickly realized on that day that we would be good friends going on this medical school journey together. We studied together, he would always open his home to me during class breaks as he lived next door to the school, we encouraged each other to keep fighting through the hardships we faced during medical school and even just being on a remote little island. After we finished the first 2 years of medical school, we continued to stay in touch while doing rotations in America. We would spend hours talking on the phone catching up on our lives. He always knew what to say whenever he could tell I was upset or sad. While he had his own things to deal with, he always made sure I stayed focused towards my goal of being a physician. While getting to know him in medical school, I could easily tell that he would be a great physician because he is so caring and genuinely wants the best for people.

I am so proud of my friend Saad for all his accomplishments so far, and he still has potential for a very bright future ahead. Unfortunately this is an obstacle that he will overcome in time, but I hope this letter gives you a better idea of how great of a person Saad is. I please ask that you give Saad another chance in fulfilling his dream of helping people. Thank you for taking the time to read this letter.

Sincerely,
Justine

Hello, my name is Martha Alexandra Smith, I am 25 years old and I live in a city called Hamilton in southern Ontario, Canada. I have known Saaad since January of 2021 when my childhood best friend of 16 years started dating him. Before I get into the details of Saad and the unique set of qualities and characteristics he possesses, I will first give you some context about myself and where I was in my life when Saad came into it.

I am thankful and grateful for a supportive family and amazing set of friends, I am the youngest of four children with three old brothers. We are all involved in a family business bringing fun and excitement but also stress and pressure to our daily life. Being the youngest of the four, following three boys I know my parents were slightly overwhelmed when I hit my teenage years in knowing exactly how to deal with me. Especially my father, and this created a disconnect in emotional maturity with men and relationships I had with men around me and those I would interact with in the future. This combined with the consistent verbal abusive treatment he has always shown my mother led me down to a bad path of decision making when it came to the men I dated and the way I let them treat me. That being said, you make your own decisions in life and I was never physically abused and there was always a roof over my head and food on my table. Like I said; thankful and grateful but that doesn't excuse neglect of emotional support especially from the patriarch in your family.

I was 23 years old when I started becoming sex trafficked by a man that I had known for a few years, after a long conversation and a vulnerable state of mind a whirlwind of 11 months occurred all at the expense of my mental health. The combination of COVID-19 and being brainwashed by a narcissistic "pimp" and his sidekick led me into a very dark place that resulted in a 12 hour visit to the psych ward, a plethora of pills, an extremely clouded and confused idea of life; essentially a total loss of the concept of reality for a number of days. Following this mental breakdown I was fragile and sensitive to people in general with an emphasis on men.

This all happening a very short time before I met Saad. My best friend and I were on a strict no boys allowed rule and we had the experience to justify that decision without regret or a second thought, and then Saad really had the nerve to come in and give us every reason to question our new belief system. He has the ability to do things with grace and genuine kindness, something that can not be learned but is just natural and innate in itself. He demonstrates this in the care and love he shows for the people around him: the gentle hand he offered to my best friend after years of abuse, his ability to encounter any human and make them feel valued and appreciated, the patience he offers to anyone in need of help. These are not characteristics you find in just anyone, they belong to people of attention to detail, those who dedicate years of hard work, those who fight for the better and the happy ending. Saad dug my car out of a mountain of snow, he makes mundane tasks easier, he makes a point to insure those around him are at 100% even if he isn't himself, and shows his loyalty through his generosity to those close to him and strangers. I have only known Saad for a short time and for that I am honoured as he has represented and shown my best friend love and support that has helped her and healed her, Also extending that hand towards me after what I experienced was a realization that there are good men in this world, and good humans in this world that care about the well being of others. Saad is deserving of opportunity, he is deserving of mercy, and support. Through the grace of whatever higher power that may be, show him the same grace he has offered to anyone that has crossed his path.


Martha A Smith

Annahita Afshar
4164097097
Anna.afshar11@gmail.com

Your Honor,

My name is Anna and I was Saad Jalal's partner, confidant and best friend for the past eight years. I'm a successful real estate agent in Toronto, Canada and hold a Bachelor of Commerce from the University of Toronto.

I respect that my former partner has pleaded guilty to a crime that I know he is incredibly remorseful for and I appreciate this opportunity to offer a fuller picture of the person who I know best in this world. I met Saad in my final year of university while he was studying neuroscience, a passion which later blossomed into a mission to change the world. I was inspired by his ability to see beauty in everything his eyes laid upon, his dedication to becoming a future doctor, and his belief that humanity deserved to be healthier and that he would help make a difference in the world of medicine. We quickly became inseparable.

I was there when his dream finally came true and he was accepted into Med School. I was there for the sleepless nights of dedicated studying, the challenging exams, the rotations he attended that required him to work long hours and live in different cities every few months and I was there watching him practise tirelessly for his residency interviews. Your Honor, I was there every step of the way as he actualized his dream in becoming a doctor and it was nothing short of inspirational.

Over the past decade I've witnessed Saad develop a passion for helping humanity that is unmatched. He didn't just want to become a doctor and it was never about fame, money, or ego. Saad truly believed that people deserved to be their very best and that preventative, holistic medicine would change the way people viewed what it meant to be "healthy". I was there listening to countless stories of how he connected deeply with his patients and wanted to help them feel better from the inside out, not just medicate them.

I was there when money was running low and the financial burden was so tough on his parents that he would take part time jobs. I was there when we spoke about opening up a clinic someday that would focus on holistic health. Where exercise, sleep, diet, and mental health would be a priority. Being a doctor was a mere stepping stone. Changing the world is what he truly wanted a chance to do.

I genuinely thank the court for this opportunity to hear my story. Please consider a second chance to allow Saad to actualize his dream. Please give him the opportunity to make an impact on the human race that I know would be unparalleled.

Sincerely,

Anna

Ruxandra Andriescu                                                September 26, 2021
7709 Lunceford Lane
Falls Church VA 22043
571-730-8221
ruxandra.andriescu@gmail.com

Your Honor,

My name is Ruxandra and I have been friends with Saad for over 15 years, since freshman year
of high school. I moved from Canada to the United States to pursue my college education and
became a citizen in 2015 while I was getting my master's at Georgetown University. I worked in
the DC area as a government contractor for five years, and recently started medical school in
NY. Despite having moved to a different country, my friendship with Saad never wavered in the
face of distance or time. We kept in touch and made the effort to meet at various stages in our
lives both in Canada and the United States, picking up right where we left off every time.

I understand that Saad has pleaded guilty to the crime he committed, and I know he is incredibly
sad, remorseful, and ashamed of his actions. I hope that this letter will provide additional insight
into his character from the perspective of a close friend. My first impression of Saad was that he
was a genuine and caring person, lending a helping hand or heartfelt advice to anyone who
needed it. Saad is an optimist, who sees the best in the people and circumstances around him. It
follows naturally that he pursued medicine as a career because he has always wanted to make a
positive difference in people's lives and to leave his mark on humanity. This incredible trait has
provided him the wisdom and empathy to help me overcome personal challenges and continue to
pursue my own goal of becoming a physician.

I have always admired and trusted Saad for his consistency, humility, loyalty, and drive. I will
never forget a conversation we had four years ago, over lunch, while he was doing his psychiatry
rotation in Baltimore. At the time, I was working with mental health programs for the military
and had started considering applying to medical school. I was afraid of the journey ahead, of
failure. Without hesitation, Saad told me there is no limit to my potential and encouraged me to
take a leap of faith. We proceeded to discuss our views of the stigma and challenges around
psychological health disorders. Saad shared vignettes of the connection he formed with patients
by simply listening to their needs and thinking of ways to provide care and support. We shared a
common belief in a holistic approach to medicine, where patient care is based on individual
needs, integrating additional therapies and modalities to help them thrive. I left this conversation
so inspired that for the next three years I worked tirelessly to make this dream come true.

I truly believe that Saad has a unique gift and ability to impact people's lives; he seeks to
develop bonds with each person he meets and leaves a special mark on those around him. If
given a second chance, I am certain that Saad will immerse himself fully in his passion for health
and humanity and make a difference in his community and beyond.

Respectfully,
Ruxandra

September 11, 2021

TWIMC,

Saal Jalal and I had met under social circumstances through mutual friends, spanning many occasions over the course of 2014. Although life has taken us to different geographies and contact eventually faded, I can still say that the time spent together left a lasting impression.

Social engagements were a pleasure, and I can fondly remember the many deep discussions we had about life, science, and the arts. It was enlivening to see somebody fuse their passions with their academic studies, face beaming with discovery and wonder.

Saal came off as a genuinely good person, displaying a deep desire to pursue truth, knowledge and the betterment of society.

It is unfortunate to hear of his present circumstance, and I hope this letter can contribute to shining a positive light on his character.

Thank you,

Jerry Giletski

Hamilton, Ontario, Canada

ygiletski@gmail.com

Yasir Sultan
101 Peter Street. Toronto, ON. M5V0G6
647-8060430
Yasirsultan1992@gmail.com

Recipient

Court location

Your Honor,

My name is Yasir and I have been a friend of Saad Jalal for the last 2 years.  I run a well
established digital marketing agency located in Toronto,Canada. I also hold a bachelor's degree
in Electronics and Communication Engineering.

I respect that my friend Saad has pleaded guilty to a crime that I know he is incredibly
remorseful for. I appreciate being given the opportunity to explain my perspective of him.

I met Saad Jalal through a friend a couple of years back and from the moment we met I could
sense that he is a genuine individual. Saad does his best to make everyone around him feel
better about themselves.

Regardless of how he felt inside, Saad always had a smile on and would go out of his way to
lighten up everyone's mood.

Saad loves getting to know people. He seeks to understand and he's a very non judgemental
individual who looks for the good in everyone he comes across.

His love for medicine and helping people to live better lives is very apparent. It's evident that he
pursues medicine, not to fuel his own ego or make money, but to make a difference in
someone's life. It is very easy for him to connect with people from all walks of life.  I'm confident
that he will thrive in the industry.

I genuinely thank the court for this opportunity to share my perspective of Saad Jalal. Please
consider a second chance to allow Saad to actualize his dream and to bring his vision to reality.
He's a rare gem and we need more people like him.

Sincerely,

Yasir

Sheldon Pownall, M.D.

832-578-3364

sheldonpownallmd@gmail.com

Your Honor,

My Name is Dr. Sheldon Pownall, a good friend and colleague of Saad for four years. I currently hold a bachelor's degree in Kinesiology and Biological Health Science from the University of Houston and a Medical Degree from Saba University School of Medicine. I am soon to start my residency career as an Obstetric Gynecologist and currently reside in Kansas City, Missouri as the sole clinical provider for a primary care center.

I honor my colleague's choice to have pleaded guilty to this unfortunate event. Talking to Saad about the event, he has expressed his regret in the role that he played and the chance to possibly save the lives of others through his practice of medicine. I met Saad in my second year of Medical School. He was currently an upperclassman who came into our microbiology course to give the underclassmen hope and guidance on succeeding in our studies. At that time, I was so impressed with this stranger's energy and sincere willingness to help others. At that moment, I could sense his love for others, his dedication to being a healer, and his high intellect.

It wasn't until after I left my basic science course and doing my clinical rotations in the state of Missouri is where our paths would cross again. At that time, the pressures of medical studies and other personal issues had gotten the best of me. I was probably in one of the lowest points of my life. I was alone, hurt, lost, and ashamed. I was eating lunch and got a random hand tapped on my shoulder. I turned around, and I saw a smiling face. He instantly stated that we should grab dinner and talk. Oddly enough, he was so in tune with my emotions and knowing I was going through something. For an unknown reason, I felt comfortable sharing my current and past issues. For not, one second did I felt judge. His is selflessness saved my life and pushed me to continue my dream of becoming a physician.

Even with the circumstances looming over his head, he has put his issues aside countless times to help me and countless others. His positive outlook continues to inspire me to push for my dream. His selfless act to help others only speaks to a tiny volume of the individual he is.

Your Honor, I thank you and your court for taking the time to read this letter. This one page cannot come close to explain what an outstanding individual Saad is. I plead with the court to give Saad another chance to impact others just like he did mines positively. I pray that the courts not just view/condemn Saad based on this one incident but view him as a kind-hearted, intelligent, strong-willed, and loving individual as I and many others know him.


Sincerely,

Dr. Sheldon Pownall

Prinka Singla
70 Queens Wharf Rd. Toronto, ON. M5V0J2
647-522-9820
prinkasingla9@gmail.com

Your Honor,

My name is Prinka and Saad Jalal has been one of my closest friends for the past eight years. I support survivors of Sexual Violence at a well-known University in Toronto, Canada named York University. I also hold a Bachelor of Art degree in Psychology from York University and a certificate of accomplishment in Behavioural Science for the Behaviour Analyst Certification Board (BACB).

I respect that my dear friend has pleaded guilty to a crime that I know he is extremely regretful for. I appreciate this opportunity to offer a fuller picture of him. I met Saad Jalal through another friend and from the moment we met, I knew that he would be a close friend that I could always trust. He brought out positive and genuine energy and always brightened my day. He showed passion in his eyes for what he truly believed in, and he expressed in a way that felt real.

I was in a place of discouragement and doubt, but Saad was always the one who lifted me up and believed in me. He believed in the strengths that I had, he reminded me of the person that I truly am and who I'm capable of becoming. He was always there for me when I needed someone the most. He always believed in me and helped me believe in myself. I have seen him put others before himself and want to make a change in people's lives. I remember one time he looked at me and said, "you are a gem" and just those words itself, felt so powerful.

Saad worked day and night to achieve his goals and to become a doctor like no other. He wanted to change how people viewed health and their body using holistic medicine. He believed that everyone had the ability to become the best versions of themselves. He saw the good in everyone and knew that there's a story. He always took the time to get to know someone and really listened to what they had to say. I always knew he was one of the people I needed to talk to when I needed someone to hear me out.

Even when Saad was feeling the stress from medical school, he had a smile on his face. He knew that no matter how difficult it became, he wanted to make difference in this way. He knew that every hardship was worth it because he was making a difference in someone's life. He didn't want to be just any doctor who healed someone with meds. He wanted to be the doctor who showed people how to heal themselves.

I genuinely thank the court for this opportunity to hear my story. Please consider a second chance to allow Saad to become the person he has always dreamt of. Please give him the opportunity to continue to make a difference in people's lives. He has always made an impact and I assure you he will continue to do so.

Sincerely,

Prinka

Character Letter

To whom it may concern,

My name is Hassan Rana, I am Saad's first cousin on his mothers side of the family. I am writing this letter to attest to Saad's character to help his case. The basis of my letter is that Saad has demonstrated time and again that he has a strong moral code based on rational thought.

To start with, Saad consistently demonstrates the willingness to help others, an example of this is him taking forty minutes almost every week he was in the city to drive from his home in Brampton to my condo in  Downtown Toronto just so that I could have some of my Aunt's fresh home cooked food instead of the usual junk one is forced to in a busy job.

One of my earliest memories from my first visits in Toronto was Saad chatting about his job as a lifeguard; he said that he hated spending money on nice things for himself because it would mean another couple of hours at his job, and hours did not come easy. Despite this attitude with regard to himself, he has never once brought this thinking on others. He was always generous and open handed with what he had earned, often we would go back and forth on whether one should be so open handed and allow others to contribute too.

Saad has an interest in other people, which speaks to why he would choose to pursue becoming a doctor and interact with people in person every day as opposed to more common careers where you interact with people through a computer. This is why all of my friends and the new ones that I have made in Toronto all have their own personal relationship with Saad, as he would take an interest in folks, often asking questions to stimulate meaningful conversations rather than the usual trivialities.

Being bold and communicating, reaching out to make connections is the hallmark of fearlessness, one might not interact with strangers and friends with the same open demeanor but that is what is one of the defining characteristics of Saad. This is to say that Saad has never created connections with ill intent, but has jumped into familiarity quicker than most, with no apprehension. He makes new friends, not just acquaintances but true friends, very quickly, and that requires meaningful experiences. In my mind this is why he would find himself in the situation he is in currently as time is what is required to get a set of meaningful experiences but in today's quick world we have found different ways to accelerate this process to make mundane experiences meaningful, which we can see comes at a risk.

All this to say, there has never been any ill intent in the actions Saad has taken in the time that we have spent together. This is significant because we had a friendly relationship but I only moved to Canada in 2017 at the age of 24. The child version of me had an idealistic view of our relationship, as kids do. As an adult there it has been four years where I have truly gotten to know Saad in a capacity that is not as idealistic. I hope that my words can be of consideration for leniency.

September 30th, 2021

Ashok Suresh
Unit 1009, 4 Elsinore Path,
Toronto, ON M8V 4G7

Letter of Character – Saad Jalal

Your Honor,

My name is Ashok Suresh I am writing this letter as a character reference for my friend Saad Jalal who I have known for about 7 years now. I have my MBA from the Univ. of Cincinnati and I currently work as Vendor and Contracts Manager at Scotiabank in Canada.

I met Saad, through one my best friends Anna who he was dating at the time. Coming into our group of friends we instantly connected through our mutual interest in music, sports, arts and adventure. He had a very contagious personality and a curious mind. Over the years our friendship grew and we have had many deep conversations about the universe, life, God and his passion for medicine and wanting to help others. Being a Doctor was his dream and he wanted to work hard and make his family proud. You could sense his passion when he spoke regarding his medical school experiences in various cities and hospitals. I still remember him telling me how much he wanted to learn more about Eastern natural medical techniques and practices and combine it with his western education to further expand the medical options for his patients in North America.

He and I shared a love of nature and I have a lot of fond memories with him outside in the wilderness whether it be backpacking, hiking, kayaking or biking. We loved going on long challenging hikes together and enjoying the peace and beauty of nature. I still remember one of our recent hiking trips in Quebec, we had just finished an 8 mile hike and we were driving out of the national park when he stopped the car, got outside and stopped traffic both ways so he could let a family of turtles cross the street. This showed his kind and observant sense of character, even to animals

Saad is a very genuine person, who had sworn his life to help others as a doctor.  I was truly saddened to hear about the tragedy and his part in it. I know he is truly remorseful about his action and didn't intend for any harm. Please, I hope you take my letter into consideration and give him another chance; he is young, smart and kind individual who will be an asset to our society and in the medical field.

Sincerely,

Ashok

ashok.suresh@Scotiabank.com
647-291-4435

Braveen Kumar
September 26, 2021
38  Iannuzzi St  #1108
Toronto, Ontario
M5V 0S2
416 859 6721
braveenk@gmail.com

Your Honor,

My name is  Braveen Kumar. I work as a writer and marketer in the tech industry. I'm writing to vouch for Saad's character as someone I became the fastest of friends with several years ago when we first met, and someone I have grown to trust a great deal since.

I know Saad as a highly intelligent and ambitious person who cares deeply about helping people heal—so much so that he has invested many years in the schooling necessary to do exactly that as a career. I also noticed how deeply affected he was by the role he played in the unfortunate series of events that led to this tragedy and respect his choice to plead guilty.

Saad is someone who makes friends very easily and truly listens to people when they speak. I remember even when we didn't know each other well, I could still speak very freely with him about struggles I was having at work and in life, and get sound advice in return. I genuinely believe Saad has a lot to offer the world, that he has the potential to help many people. It's painful to think that a lifetime of potential could be lost to such a tragic mistake that was the result of ignorance, not malice.

I know Saad is a deeply thoughtful and philosophical person who values life a great deal. So I know he's probably beating himself up over this too, not because of the prospect of punishment, but the responsibility he must feel for what happened.

I ask that you consider this in your verdict regarding Saad Jalal. Knowing him, he would find a way to repent with the remainder of his life if given the chance.

Respectfully,

Braveen

Jane Tsai
53 Athlone Avenue
Brampton, ON, Canada
L6T 2N5
August 14, 2021

**Letter of Character Reference**

Dear Sir/Madam,

I am writing to offer a character reference for Saad -- my best friend, mentor, and existential companion.

It has been a tremendous pleasure and honour to have known Saad for over 14 years. In the course of our friendship, he has been nothing but caring, loving, and compassionate. Above all, Saad is a true giver. He gives his heart to becoming the best version of himself and to all his endeavours; as well, he gives his heart to all those who are lucky enough to have him in their lives.

Saad never ceases to amaze me with his conscientiousness and discipline, his passion and commitment to becoming the best person and doctor that he could be. I recall tireless conversations with Saad, talking about his disillusionment upon meeting any doctor who gives patients anything short of one hundred percent. And then there were the follow-up conversations, where he kindled this disillusionment into a compassion for humanity and commitment to human flourishing that warmed my heart.

If there was one quality in Saad that has remained unwavering from the day I met him, it would be his determination for embodying and promoting human flourishing. I sincerely hope that he is given the mere opportunity to fulfill his potential, both as a person and as a doctor -- for I am confident that he will accomplish great things for this world.

Respectfully yours,
Jane Tsai

**Kyle Hyatali, B.Eng, MASc**

**Technical Support Engineer at Vibrant Power**

📍 20 Trailside Walk, Brampton, ON, Canada L6S 6J1

☎ (416) 559-0089 | ✉ kyle_hyatali@hotmail.com

## Character Reference for Saad Jalal

October 3rd, 2021

To Whom It May Concern,

My name is Kyle Hyatali and I am writing you to offer a character reference for my dear friend Saad Jalal.

I have known Saad for over 17 years, since we were just kids in middle school. It's funny, him and I haven't actually gone to the same school as each other since grade 8, but he has remained one of my best friends to this day; there isn't anyone else I can actually say that about. The reason he has remained one of my closest friends is because I can truthfully say that he is one of the most conscientious, kind, giving, and selfless human beings I know; he is truly a one of a kind person in this way, and is someone you want to keep close.

Saad has always been a person I can rely on for anything; I know that I could call him morning, noon, or night and trust that he will be there to pick up my call and be there for me. He is genuinely passionate about wanting to help others, and it is evident if you even spend a minute with him. Personally, one of the things I admire most about Saad is the way he always encourages and inspires others to become their best selves. A good example of this is involves an old friend of ours, Altaf.

Saad, Altaf, and myself met in middle school and were very close friends growing up. Unfortunately, a few years after high school Altaf suddenly stopped hanging out with us. He began going down a bad path and lost touch with our entire friend group. It was clear that Altaf was going through something difficult, and depression and substance abuse played a role. This was not okay with Saad; he could not simply standby knowing a friend is suffering. In recent years anytime Saad came home to visit, he would make it a point that we had to call Altaf to try and get him out of the house. On countless occasions, in my presence, Saad would call Altaf and even show up at his house, to simple get him to go out for a coffee with us; and I know Saad made these same attempts to reach out on his own as well. Despite the continued rejections from Altaf, it has not stopped Saad from trying to help. That is because it is in Saad's nature to help; he cannot standby and see his friend suffer, let alone anyone else for that matter. Saad quite simply wants the best for anyone and everyone he meets, and he does whatever is in his power to help. This is why he's dedicated himself to becoming a Doctor. On a number of occasions Saad and I have talked at length about how he doesn't want to be just any ordinary Doctor; how he wants to be patient centric, and explore all avenues to heal and better their lives. In the case of Altaf, there still unfortunately hasn't been much success on that front, but that has not stopped Saad's persistence to help.

In closing, I ask that you please take my words into consideration as you evaluate the character of my friend Saad Jalal. Everyone that knows Saad, knows that will achieve great things, helping those around him as a Doctor. I ask that you please allow him the opportunity to continue practicing medicine, as I know his future patients would be thankful of that. It is an honour to call him a friend.

Sincerely,

*Kyle Hyatali*

Kyle Hyatali

Hamza Murtaza
+45 30792982
Otto mønsteds Gade 1, 1th
Copenhagen, DK

Hello my name is Hamza Murtaza and I have known Saad Jalal for the past 10 years. We  were first introduced by his two cousins that I have known since I was 10 years old. Saad was their older cousin and a mentor to them, and then soon became to me as well. We spent time together in group settings for many years, but Saad and I became  very close to summer of 2015 when I graduated university and we embarked on a 10 day back country adventure in the Canadian Rockies. Me, him and my brother covered over 100km of tough terrain for over 9 days, only with the support of our legs, and each other.

That experience made Saad my brother, because of how caring and empathetic he was. He picked up slack, defused situation between my brother and I, and provided emotion support to help us through the toughest of times.

After that experience we were bonded, and spent a lot of time  over the next couple years together, contemplating life, and the people we wanted to become. I believe the realizations over the course of our friendship is what drove him to peruse his dream of being a doctor, and dedicating his life to helping people. Through his actions, Saad pushed me to be a better person.

I love Saad and can testify he is a caring and genuine person. I am shocked and devastated to hear what happened to that poor girl, and can only imagine the pain her parents, and Saad feel. I believe the trauma he has gone through is a punishment I would not wish on anyone.


Sincerely,
Hamza

Muzammil Saleem
(571) 412-7749
saleemmuzammil.3@gmail.com

Your Honor,

My name is Muzammil Saleem. I write this to express my sincere thoughts and feelings concerning Saad
Jalal as well as the stressful and downright unfortunate conundrum he's facing. I am a Citations and
Violations Analyst in Lorton, VA, having a BS in Mathematics from George Mason University College of
Science.

Saad and I are family friends and we have always known about the other's existence, though we have
never met on a personal level till this year; his parents and mine were friends since their own university
years. Saad currently lives with us, and throughout his stay here, I have come to know him better, and I
will say I'm glad I have.

Put quite frankly, the best way I can describe Saad is he's the older brother I never had (I'm younger
than him by two years). I've only known him personally for nine months or so, but I can say with
confidence that is what he is. I grew up with five siblings, 1 older and 3 younger with myself being the
second oldest among them, and I never knew what to do with my role as one given, I was the eldest son
in a family that follows a more traditional patriarchal structure. I grew up looked down upon and rather
neglected, which led me to some confidence issues, especially given I was told I was never exceptionally
good at anything. And this never really stopped, however Saad was one of the few who kept my head
above water, especially in my own problems concerning my family when he had his own. In fact, I feel in
the span of these nine months, he feels not only like just a family friend, but a member of our family.
He's one of the kindest, most open-minded people I've come to known, and (in many ways) a kindred
spirit, a friend and basically a brother.

Saad could have been anybody else and literally just go about his business as usual, not even try to
connect with me and my family on a personal level. In the heat of all this tension he's been going
through, he went out of his way for me and my family on several occasions despite his own problems.
He's been there helping me quell my mother's hysteria, my siblings' quarrels and (most importantly)
gave me several pointers in life ranging from personal advice to health concerns. One of my own siblings
basically disowned the family at this point and the ordeal left the rest of us stricken with sadness. Saad
has basically been there every step of the way; it would be hard to even single out a specific point where
his presence didn't matter. He was even part of my wedding.

Throughout this year I've come to known him, he has helped me through this time of emotional
suffering and has helped me on how to take care of myself and teach me some self-love. I cannot do
justice to how his presence in our lives has changed my outlook on things for the better. With his gentle
soul and good-natured personality, his kindness is contagious. I can count on one finger the number of
people who would help a complete stranger, even fewer let alone that expect nothing in return for it.

We're opposites in many ways: I'm introverted, not that emotive and reserved while Saad is
extroverted, sociable and personable, but we do look out for each other when we can. Saad doesn't try
to dodge responsibility (even doing my household chores despite everyone's behest, including my own),

and this is evident on his outlook in life, especially with this circumstances where I imagine many people would try to play the victim or not take accountability altogether. Saad isn't one of those people.

He's a person who gives so much to the world, and I resent myself such that I doubt I can ever repay the kindness and understanding he's especially given me and my family in our dire times of need. I'll be forever grateful to him and his actions, as his circumstances has made him no less of a person than he was before. That is the strength of his character, and I admire him for it.

Now, I find myself in a position where I want to help and support him. Whatever weight my letter has in his circumstances, I hope it will be for the better. But regardless of what happens to him as the dates draw closer, me and my wife will always be there for him.

Sincerely,
Muzammil Saleem